Generated: Jul 30, 2026 1:08PM                                                      Page 1/1



# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Jul 30, 2026 1:08PM

Mr. Ballentine

| Rcpt. No: 100017629 | Trans. Date: Jul 30, 2026 1:08PM | | | Cashier ID: #JB (3392) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CA | Cash | $405.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $405.00 |

**Comments**: New Case# 1:26cv2331

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.