FILED 08/06/2026 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

DATE: 7/31/26 TIME: 10:50A
Server: MW ID #: N/A
as a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

MARVELLE J. BALLENTINE

*Plaintiff(s)*

v.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendant(s)*

Civil Action No. 1:26cv2331-RDA-IDD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Center for Missing & Exploited Children
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marvelle J. Ballentine
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/30/2026

*Signature of Clerk or Deputy Clerk*

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN District of Virginia

Case Number: 1:26-CV-2331-RDA-1DD

Plaintiffs:
**MARVELLE J. BALLENTINE**

vs.

Defendant:
**KATIE HALL, INDIVIDUALLY; NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN; META PLATFORMS, INC.; AND JOHN/JANE DOES 1-6**

For:
MARVELLE BALLENTINE
PRO SE
1520 BELLE VIEW BLVD.
STE. 5847
ALEXANDRIA, VA 22307

Received by NOLAN PROCESS SERVERS, LLC on the 30th day of July, 2026 at 4:43 pm to be served on **NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN C/O CORPORATION SERVICE COMPANY, AS REG. AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, MICHAEL NOLAN, do hereby affirm that on the **31st day of July, 2026** at **10:50 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as **INTAKE ADMINISTRATOR** for the Registered Agent of NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN C/O CORPORATION SERVICE COMPANY, AS REG. AGENT at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 37+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 135, Hair: BLACK/ RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**MICHAEL NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2026010961

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d