FILED
08/06/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

MARVELLE J. BALLENTINE

*Plaintiff(s)*

v.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendant(s)*

Civil Action No. 1:26cv 2331-RDA-IDD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katie Hall
SERVE: National Center for Missing & Exploited Children
333 John Carlyle Street, Suite 125
Alexandria, Virginia 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marvelle J. Ballentine
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/30/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-02331-RDA-IDD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Meta Platforms, Inc. was received by me on *(date)* 7/30/26.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Rebecca Vang / Associate Intake Coordinator , who is designated by law to accept service of process on behalf of *(name of organization)* CSC Lawyers Incorporatin Service on *(date)* Fri, Jul 31 2026 ; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________; or

My fees are $ 0.00 for travel and $ 63.25 for services, for a total of $ 63.25.

I declare under penalty of perjury that this information is true.

Date: 08/02/2026

*Server's signature*

Demian Ross #2011-66

*Printed name and title*

5407 Palm Avenue, Sacramento, CA 95841

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 31, 2026, 1:30 pm PDT at CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833 received by Rebecca Vang / Associate Intake Coordinator.

Documetns served: Letter to Meta Platofrms re: Settlement Communications, Settlement Communication - Subject to Federal Rule of Evidence 408 - NCMEC, Settlement Communication - Subject to Federal Rule of Evidence 408 - Hall, AO440, Complaint