FILED
08/06/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**


MARVELLE J. BALLENTINE,

   *Plaintiff,*

   v.         Case No. 1:26-cv-02331-RDA-IDD
              The Honorable Judge
              Rossie D. Alston Jr.


KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

   *Defendants.*


**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**PURSUANT TO FED. R. CIV. P. 56(a)**


   Plaintiff Marvelle J. Ballentine, pursuant to Federal Rule of Civil Procedure 56(a) and Local Civil Rule 56, moves for partial summary judgment on the following discrete issue: that Defendant Katie Hall acted as the agent of Defendant National Center for Missing & Exploited Children ("NCMEC"), and within the course and scope of her employment by NCMEC, when she signed and issued, on NCMEC's behalf, the two letters dated April 22, 2026 that are the subject of this action.

   In the alternative, if the Court does not grant all of the relief requested, Plaintiff requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 56(g) stating that the material facts identified in Section II of the accompanying Memorandum in Support, numbered 1 through 11, are not genuinely in dispute and are established in this action.

This Motion does not seek any determination concerning the truth or falsity of the statements contained in the April 22, 2026 letters, the existence or nonexistence of any CyberTipline report, the existence or purpose of any agreement among the Defendants, any Defendant's intent or state of mind, or damages. The alternative Rule 56(g) request includes the closely related historical facts concerning Plaintiff's advance notice and Defendants' repeated statements that they acted without awaiting formal service; it does not ask the Court to decide the legal consequences of those facts. The alternative Rule 56(g) request also includes facts concerning the corporate ownership of certain online services, the identity of entities from which NCMEC receives CyberTipline reports, and the principal places of business of Meta Platforms, Inc. and NCMEC; it does not ask the Court to find that any Defendant communicated with any other Defendant concerning Plaintiff.

The grounds for this Motion are set forth in the accompanying Memorandum in Support, which is supported by the Declaration of Marvelle J. Ballentine and Exhibits 1 through 8 thereto. A proposed order is submitted herewith.

Pursuant to Local Civil Rule 7(E), Plaintiff states that no Defendant has appeared in this action and no counsel of record has entered an appearance; it is therefore not presently possible to meet and confer with opposing counsel or to arrange for submission of this Motion without oral argument by agreement. Plaintiff waives oral argument on this Motion and requests that it be submitted for decision on the papers, or set for hearing at such time as the Court deems appropriate after the Defendants have responded.

WHEREFORE, Plaintiff respectfully requests that the Court grant partial summary judgment establishing that Defendant Hall acted as NCMEC's agent and within the course and scope of her employment when she signed and issued, on NCMEC's behalf, the April 22, 2026

letters; in the alternative, that the Court enter an order under Rule 56(g) stating that the material facts numbered 1 through 11 in the accompanying Memorandum are established in this action; and that the Court grant such other relief as it deems just.

Date: August 6, 2026                                    Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 6, 2026, I submitted the foregoing Motion, together with the accompanying Memorandum in Support, Declaration of Marvelle J. Ballentine with Exhibits 1 through 8, and Proposed Order, to the Clerk of Court through the Court's Electronic Document Submission System for docketing. No Defendant has appeared in this action and no counsel of record has entered an appearance. Pursuant to Federal Rules of Civil Procedure 5(a)(1) and 5(b)(2)(C), I served a true and correct copy of the foregoing upon each Defendant by first-class mail, postage prepaid, addressed as follows: Katie Hall, c/o National Center for Missing & Exploited Children, 333 John Carlyle Street, Suite 125, Alexandria, Virginia 22314; National Center for Missing & Exploited Children, 333 John Carlyle Street, Suite 125, Alexandria, Virginia 22314; and Meta Platforms, Inc., c/o CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833.

Marvelle J. Ballentine



08/06/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

    *Plaintiff,*

    v.

                           Case No. 1:26-cv-02331-RDA-IDD
                           The Honorable Judge
                           Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

    *Defendants.*

**LOCAL CIVIL RULE 83.1(N) CERTIFICATION**

I, Marvelle J. Ballentine, Plaintiff *pro se* in the above-captioned action, declare under penalty of

perjury pursuant to 28 U.S.C. § 1746 that no attorney has prepared, or assisted in the preparation

of, Plaintiff's Motion for Partial Summary Judgment, the Memorandum in Support thereof, the

Declaration of Marvelle J. Ballentine and Exhibits 1 through 8 thereto, or the Proposed Order,

filed in the above-captioned action.

Executed on August 6, 2026.

                                        Marvelle J. Ballentine
                                        Plaintiff, Pro Se
                                        1520 Belle View Blvd, Ste. #5847
                                        Alexandria, VA 22307
                                        (407) 794-6503
                                        jayballentine@protonmail.com