**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

     *Plaintiff,*

     v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

     *Defendants.*

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a). Upon consideration of the Motion, the Memorandum in Support, the Declaration of Marvelle J. Ballentine and the exhibits thereto, and the record herein, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED,** and it is established in this action that Defendant Katie Hall acted as the agent of Defendant National Center for Missing & Exploited Children, and within the course and scope of her employment by the National Center for Missing & Exploited Children, when she signed and issued, on behalf of the National Center for Missing & Exploited Children, the two letters dated April 22, 2026 described in the Complaint.

In the alternative, pursuant to Federal Rule of Civil Procedure 56(g), it is ORDERED that

the material facts numbered 1 through 11 in Section II of Plaintiff's Memorandum in Support are

not genuinely in dispute and are treated as established in this action.

It is SO ORDERED.

Alexandria, Virginia

Date: _____

_____
Rossie D. Alston, Jr.
United States District Judge