

08/06/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

MARVELLE J. BALLENTINE,

      *Plaintiff,*

      v.

                                      Case No. 1:26-cv-02331-RDA-IDD
                                        The Honorable Judge
                                        Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

      *Defendants.*

### DECLARATION OF MARVELLE J. BALLENTINE IN SUPPORT OF

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Marvelle J. Ballentine, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the Plaintiff in this action, appearing pro se. I am over the age of eighteen and competent to make this Declaration. I make this Declaration from personal knowledge.

2.      Exhibit 1 is a true and correct copy of the Memorandum in Support of the Motion to Dismiss filed by Defendants Katie Hall and the National Center for Missing & Exploited Children in Ballentine v. National Center for Missing & Exploited Children, No. 1:26-cv-01341-MSN-WBP (E.D. Va.) (the "1341 Action"), at ECF No. 5, which I obtained from the Court's electronic docket for that action.

3.      Exhibit 2 is a true and correct copy of the Response of Defendants Katie Hall and the National Center for Missing & Exploited Children to Plaintiff's Notice of Waiver of Oral

Argument, filed in the 1341 Action at ECF No. 16, which I obtained from the Court's electronic docket for that action.

4. Exhibit 3 is a true and correct copy of the Opposition of Defendants Katie Hall and the National Center for Missing & Exploited Children to Plaintiff's Motion for Leave to File a First Amended Complaint, filed in the 1341 Action at ECF No. 20, which I obtained from the Court's electronic docket for that action.

5. Exhibit 4 consists of true and correct copies of the two letters dated April 22, 2026, signed by Katie Hall on the letterhead of the National Center for Missing & Exploited Children, which I received by mail at my address of record and which are the letters described in the Complaint. The copies in Exhibit 4 are reproduced from ECF No. 5, Exhibits A and B, in the 1341 Action.

6. Exhibit 5 consists of true and correct copies of the written materials I transmitted on April 9, 2026 to the Legal Department of the National Center for Missing & Exploited Children, providing advance notice of subpoenas I intended to serve. The copies in Exhibit 5 are reproduced from ECF No. 5, Exhibit C, in the 1341 Action.

7. Exhibit 6 is a true and correct copy of a docket sheet compiled from the Court's electronic docket for the 1341 Action, retrieved on August 6, 2026.

8. Exhibit 7 consists of true and correct copies of excerpts of the Annual Report on Form 10-K of Meta Platforms, Inc. for the fiscal year ended December 31, 2025, filed with the U.S. Securities and Exchange Commission, Accession No. 0001628280-26-003942, consisting of the cover page and page 6 of that report, which I retrieved from the Commission's EDGAR system (www.sec.gov) on August 6, 2026.

9. Exhibit 8 is a true and correct copy of the publication of the National Center for Missing & Exploited Children titled "2025 CyberTipline Reports by Electronic Service Providers (ESPs),"

which I retrieved from the organization's website (NCMEC.org/CyberTiplineData) on August 6, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2026.

Marvelle J. Ballentine

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 6, 2026, I submitted the foregoing Declaration, together with Exhibits 1 through 8, to the Clerk of Court through the Court's Electronic Document Submission System for docketing. No Defendant has appeared in this action and no counsel of record has entered an appearance. Pursuant to Federal Rules of Civil Procedure 5(a)(1) and 5(b)(2)(C), I served a true and correct copy of the foregoing upon each Defendant by first-class mail, postage prepaid, addressed as follows: Katie Hall, c/o National Center for Missing & Exploited Children, 333 John Carlyle Street, Suite 125, Alexandria, Virginia 22314; National Center for Missing & Exploited Children, 333 John Carlyle Street, Suite 125, Alexandria, Virginia 22314; and Meta Platforms, Inc., c/o CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833.

Marvelle J. Ballentine

08/06/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

MARVELLE J. BALLENTINE,

      *Plaintiff,*

      v.                                                          Case No. 1:26-cv-02331-RDA-IDD
                                                     The Honorable Judge
                                                   Rossie D. Alston Jr.


KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

      *Defendants.*


## LOCAL CIVIL RULE 83.1(N) CERTIFICATION

I, Marvelle J. Ballentine, Plaintiff *pro se* in the above-captioned action, declare under penalty of

perjury pursuant to 28 U.S.C. § 1746 that no attorney has prepared, or assisted in the preparation

of, Plaintiff's Motion for Partial Summary Judgment, the Memorandum in Support thereof, the

Declaration of Marvelle J. Ballentine and Exhibits 1 through 8 thereto, or the Proposed Order,

filed in the above-captioned action.


Executed on August 6, 2026.


                                                            Marvelle J. Ballentine
                                                                Plaintiff, Pro Se
                                                 1520 Belle View Blvd, Ste. #5847
                                                        Alexandria, VA 22307
                                                              (407) 794-6503
                                        jayballentine@protonmail.com