UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA — ALEXANDRIA DIVISION

*Ballentine v. Hall, et al.,  Case No. 1:26-cv-02331-RDA-IDD*

# EXHIBIT

# 4

## The Two Letters Dated April 22, 2026

Signed by Katie Hall on the letterhead of the
National Center for Missing & Exploited Children

*(Reproduced from ECF No. 5, Exhibits A and B, in No. 1:26-cv-01341-MSN-WBP (E.D. Va.))*



NATIONAL CENTER FOR
**MISSING &**
**EXPLOITED**
C H I L D R E N'

April 22, 2026

Marvelle J. Ballentine
1520 Belle View Blvd, Ste. #5847
Alexandria, VA 22307

**Re:**   **Subpoena for Production of Documents – RE: Marvelle Ballentine v. Meta Platforms, Inc., et al.**

Dear Mr. Ballentine:

In response to your subpoena issued April 9, 2026, the National Center for Missing & Exploited Children ("NCMEC") provides its written responses as detailed below.

NCMEC has received two (2) CyberTipline reports concerning (1) Marvelle J. Ballentine, (2) Jay Ballentine, and/or (3) the account-level identifier jaychizza@icloud.com between July 1, 2022 and the present.

If you have any questions, please contact me at kehall@ncmec.org.

Sincerely,

Katie Hall
Corporate Counsel



NATIONAL CENTER FOR
**MISSING &
EXPLOITED**
C H I L D R E N˙

April 22, 2026

Marvelle J. Ballentine
1520 Belle View Blvd, Ste. #5847
Alexandria, VA 22307

**Re:     Subpoena for Production of Documents – RE: Marvelle Ballentine v. Devin S. Anderson, et al.**

Dear Mr. Ballentine:

In response to your subpoena issued April 9, 2026, the National Center for Missing & Exploited Children ("NCMEC") provides its written responses as detailed below.

NCMEC has received two (2) CyberTipline reports concerning (1) Marvelle J. Ballentine, (2) Jay Ballentine, and/or (3) the account-level identifier jaychizza@icloud.com between July 1, 2022 and the present.

If you have any questions, please contact me at kehall@ncmec.org.

Sincerely,

Katie Hall
Corporate Counsel

333 John Carlyle Street Suite 125   |   Alexandria, VA 22314
1-800-THE-LOST® (1-800-843-5678)   |   MissingKids.org
f 𝕏 ◎ ▶   @MissingKids