UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA — ALEXANDRIA DIVISION

*Ballentine v. Hall, et al.,  Case No. 1:26-cv-02331-RDA-IDD*

# EXHIBIT

# 6

**Docket Sheet**

Ballentine v. National Center for Missing & Exploited Children,
No. 1:26-cv-01341-MSN-WBP (E.D. Va.)

# UNITED STATES DISTRICT COURT
Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:26-cv-01341-MSN-WBP

| | |
|---|---|
| **Case Title:** | Ballentine v. National Center for Missing & Exploited Children |
| **Date Filed:** | May 19, 2026 |
| **Assigned to:** | District Judge Michael S. Nachmanoff |
| **Referred to:** | Magistrate Judge William B. Porter |
| **Cause:** | 28:1332 Diversity – Other Contract |
| **Nature of Suit:** | 320 Assault Libel & Slander |
| **Jurisdiction:** | Federal Question |

| | | |
|---|---|---|
| **Plaintiff** | Marvelle J. Ballentine | represented by Marvelle J. Ballentine, PRO SE, 1520 Belle View Blvd., Ste. 5847, Alexandria, VA 22307, (407) 794-6503 |
| **Defendant** | Katie Hall (individual who served as Corporate Counsel, NCMEC) | represented by Padraic Kevin Keane, Jordan Coyne LLP, 10201 Fairfax Boulevard, Suite 520, Fairfax, VA 22030, (703) 246-0900, p.keane@jocs-law.com |
| **Defendant** | National Center for Missing & Exploited Children (a Virginia non-profit corporation) | represented by Padraic Kevin Keane, Jordan Coyne LLP, 10201 Fairfax Boulevard, Suite 520, Fairfax, VA 22030 |

| Date Filed | # | Docket Text |
|---|---|---|
| 2026-05-19 | 1 | COMPLAINT against Katie Hall, National Center for Missing & Exploited Children (Filing Fee $405, receipt number 100016684), filed by Marvelle J. Ballentine. (Attachments: # 1 Receipt, # 2 Civil Cover Sheet) (triv) (Entered: 05/19/2026) |
| 2026-05-19 | 2 | Summons Issued to be served by Certified Mail as to Katie Hall, National Center for Missing & Exploited Children. (triv) (Entered: 05/19/2026) |
| 2026-06-02 | 3 | SUMMONS Returned Executed as to National Center for Missing & Exploited Children served on 5/26/2026, answer due 6/16/2026 filed by Marvelle J. Ballentine. (Attachments: # 1 Envelope) (jlan) (Entered: 06/08/2026) |
| 2026-06-16 | 4 | MOTION to Dismiss by Katie Hall, National Center for Missing & Exploited Children. (Attachments: # 1 Proposed Order)(Keane, Padraic) (Entered: 06/16/2026) |
| 2026-06-16 | 5 | Memorandum in Support re 4 MOTION to Dismiss filed by Katie Hall, National Center for Missing & Exploited Children. (Keane, Padraic) (Entered: 06/16/2026) |
| 2026-06-17 | 6 | ORDER - Plaintiff(s) Marvelle J. Ballentine, proceeding pro se, is hereby NOTIFIED that Defendants have filed a Motion to Dismiss that, if granted, could result in the dismissal of Plaintiff's claims. Plaintiff is ADVISED that Plaintiff is entitled to file an opposition to the motion. Any opposition must be filed within twenty-one (21) days of the filing date of this Notice. Plaintiff is FURTHER ADVISED that the Court could dismiss the Complaint on the basis of the Motion if Plaintiff does not timely respond. If Plaintiff files a response, Defendants may file a reply within six (6) days of the filing of Plaintiff's response. E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed" on this Motion "without first obtaining leave of Court." Signed by District Judge Michael S Nachmanoff on 6/17/2026. (kgall) (Entered: 06/17/2026) |
| 2026-06-17 | 7 | Opposition to 4 MOTION to Dismiss, filed by Marvelle J. Ballentine. (Attachments: # 1 Local Rule 83.1 (N) Certification) (triv) (Entered: 06/18/2026) |
| 2026-06-17 | 8 | Declaration in re 7 Opposition, filed by Marvelle J. Ballentine. (Attachments: # 1 Local Rule 83.1 (N) Certification) (triv) (Entered: 06/18/2026) |
| 2026-06-23 | 9 | RESPONSE in Support re 4 MOTION to Dismiss filed by Katie Hall, National Center for Missing & Exploited Children. (Keane, Padraic) (Entered: 06/23/2026) |
| 2026-07-15 | 10 | Notice of Hearing Date set for 08/07/2026 re 4 MOTION to Dismiss (Keane, Padraic) (Entered: 07/15/2026) |
| 2026-07-15 | 11 | MOTION to Stay by Katie Hall, National Center for Missing & Exploited Children. (Attachments: # 1 Proposed Order)(Keane, Padraic) (Entered: 07/15/2026) |
| 2026-07-15 | 12 | Notice of Hearing Date re 11 MOTION to Stay (Keane, Padraic) (Entered: 07/15/2026) |

| Date Filed | # | Docket Text |
|---|---|---|
| 2026-07-16 | 13 | Plaintiff's Opposition to 11 Defendant's MOTION to Stay Pre-Answer Discovery and Rule 26 Obligations filed by Marvelle J. Ballentine. (dvanm) (Entered: 07/17/2026) |
| 2026-07-16 | 14 | Plaintiff's Notice of Waiver of Oral Argument and Request to Vacate August 14, 2026 Hearing by Marvelle J. Ballentine (dvanm) (Entered: 07/17/2026) |
| 2026-07-17 | 15 | ORDER granting 11 Motion to Stay. Discovery in this matter is stayed pending resolution of Defendants' Motion to Dismiss. Signed by District Judge Michael S. Nachmanoff on 7/17/2026. (Agil, ) (Entered: 07/20/2026) |
| 2026-07-20 | 16 | Response to 14 Waiver of Plaintiff filed by Katie Hall, National Center for Missing & Exploited Children. (Keane, Padraic) (Entered: 07/20/2026) |
| 2026-07-16 | 17 | Corrected Notice Waiver of Oral Argument and Request to Vacate August 7, 2026 Hearing by Marvelle J. Ballentine (swil) (Entered: 07/22/2026) |
| 2026-07-27 | 18 | Plaintiff's MOTION for Leave to File First Amended and Supplemental Complaint by Marvelle J. Ballentine. (Attachments: # 1 Rule 83.1, # 2 Proposed Amended Complaint)(dvanm) (Entered: 07/27/2026) |
| 2026-07-26 | 19 | Memorandum in Support of 18 Plaintiff's MOTION for Leave to File First Amended and Supplemental Complaint filed by Marvelle J. Ballentine. (dvanm) (Entered: 07/27/2026) |
| 2026-07-29 | 20 | Opposition to 18 MOTION for Leave to File filed by Katie Hall, National Center for Missing & Exploited Children. (Keane, Padraic) (Entered: 07/29/2026) |
| 2026-07-29 | 21 | NOTICE of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed by Marvelle J. Ballentine. (Dest) (Entered: 07/30/2026) |
| 2026-07-16 | | Motion Hearing set for 8/14/2026 at 10:00 AM in Alexandria Courtroom 600 before District Judge Michael S. Nachmanoff as to 11 MOTION to Stay. (dzir) |
| 2026-07-16 | | Motion Hearing set for 8/7/2026 at 10:00 AM in Alexandria Courtroom 600 before District Judge Michael S. Nachmanoff as to 4 MOTION to Dismiss. (dzir) |