UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA — ALEXANDRIA DIVISION

*Ballentine v. Hall, et al.,  Case No. 1:26-cv-02331-RDA-IDD*

# EXHIBIT

# 8

**National Center for Missing & Exploited Children — CyberTipline Records**

Receipt of CyberTipline reports from Facebook, Instagram, and WhatsApp

# 2025 CyberTipline Reports by Electronic Service Providers (ESPs)

NCMEC's CyberTipline is a designated reporting mechanism for the public and electronic service providers (ESPs) to report instances of suspected child sexual exploitation. In 2025, the CyberTipline received 21.3 million reports that included 21.1 million reports from ESPs. The vast majority of the reports referred to instances of apparent child sexual abuse material (CSAM) that they became aware of on their systems. U.S.-based ESPs are legally required to report instances of apparent child sexual abuse material (child pornography), online enticement of children and child sex trafficking when they become aware of them, but there are no legal requirements for proactive efforts to detect this content or what information an ESP must include in a CyberTipline report. As a result, both the volume and content of reports can vary greatly. For more information about reports made in 2025, visit NCMEC.org/CyberTiplineData.

The following is a breakdown of reports by ESPs.

| ESP | Reports |
|---|---|
| 4chan community support LLC | 6,965 |
| 4shared | 804 |
| Absolute Investigations Team (CX) | 2 |
| ActiveFence | 1,641 |
| Addchat Inc. | 1 |
| Adobe Systems Incorporated | 1,377 |
| Adultwork.com | 22 |
| Advocacy Center for Online Sexual Abuse Victims | 32 |
| Airbnb, Inc. | 61 |
| All Computers Are Brilliant Inc. | 1 |
| Alpha Exploration Co, Inc (d/b/a "Clubhouse) | 462 |
| Amazon | 435 |
| Amazon AI Services | 1,105,405 |
| Amazon Photos | 21,360 |
| Amino Apps | 62 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

## 2025 CyberTipline Reports by Electronic Service Providers (ESPs)    2

| ESP | Reports |
| --- | --- |
| animebw | 55 |
| Antheia Services Limited | 1 |
| Anthropic | 20,911 |
| ANTI CORPORATION | 1,179 |
| Apple Inc | 296 |
| Apricot Digitals LLC | 56 |
| Apricot West LLC | 13 |
| AR Systems (abusereports.com) | 2 |
| Archer - GDA, LLC | 277 |
| Arctic Wolf Networks, Inc. | 2 |
| Atma Sciences | 4 |
| Aylo Freesites Ltd (dba Pornhub) | 3,534 |
| Aylo Freesites Ltd (dba Redtube) | 3 |
| Aylo Freesites Ltd (dba Youporn) | 2 |
| Aylo Social Ltd (dba MyDirtyHobby) | 17 |
| AZNerds LLC | 10 |
| Badoo | 17,498 |
| BandLab Singapore Pte Ltd | 22 |
| Bark Technologies Inc | 89 |
| Bdsmlr | 68 |
| Big Nut Media LLC | 201 |
| BigBang Media, LLC | 3 |
| Bigo Technology Pte. Ltd. | 810 |
| Blizzard Entertainment Inc/World of Warcraft | 3 |
| Block Inc. | 13,628 |
| BloxShield | 2 |
| Bluesky PBC | 5,264 |
| Box , Inc. / Box.com | 1,131 |
| Brightwave Technologies Inc. | 98 |
| Bumble | 2,167 |
| Byborg Enterprises S.A | 81 |
| Canary NGO | 75 |
| Cantina, Inc. | 295 |
| Canva | 635 |
| CapCut | 314 |
| Care.com | 5 |
| Centro Publisher Limited | 55 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

2025 CyberTipline Reports by Electronic Service Providers (ESPs)    3

| ESP | Reports |
| --- | --- |
| Character Technologies Inc. | 224 |
| chat4free | 45,768 |
| Chatango LLC | 3 |
| Chess.com | 23 |
| Chime Financial, Inc. | 71 |
| Cipher Bricks Limited | 2 |
| Civitai | 125 |
| ClassDojo Inc. | 5 |
| CloudFlare, Inc | 12,177 |
| Cohere | 27 |
| Coinbase | 7 |
| CommerceCoreUSA Inc. | 32 |
| Content Hound, LLC | 1 |
| CorpCreateUS Inc | 12 |
| Craigslist | 21 |
| Crestwell Digital LLC | 3 |
| deviantART Inc. | 59 |
| DigitalOcean | 111 |
| Discord Inc. | 489,782 |
| Dropbox, Inc. | 33,043 |
| Easynews / Newshosting / Usenetserver | 4 |
| EasyOnlineSolutions/MojoHost/ North Tone/ Hosthead | 49 |
| Ebay Inc. | 323 |
| EcomBizSolutions Inc | 5 |
| eharmony | 2 |
| Electronic Arts | 16 |
| Endurance Int'l Group, Inc. | 18 |
| Enom | 30 |
| Epic Games, Inc. | 181 |
| Etsy, Inc. | 4 |
| Eventbrite | 1 |
| EverAI Limited | 22 |
| Ezoic Inc | 2 |
| Facebook | 4,907,710 |
| Fandom | 4 |
| Fediverse Communications LLC | 15 |
| Fenix International Limited | 388 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
| --- | --- |
| Flashlight Solutions LTD SRL | 21 |
| FreeDNS.Afraid.org | 5 |
| Gab AI Inc. | 1 |
| Gaggle.Net, Inc. | 1,482 |
| GamerSafer | 14 |
| Gamma Tech | 38 |
| Giphy.com | 580 |
| Glif | 12 |
| Globtech LLC | 18,700 |
| GoDaddy.com/Wild West Domains | 23 |
| GoGuardian | 1 |
| Google | 1,461,378 |
| Grindr | 111,334 |
| Grokio Communities LLC | 3 |
| Guilded LLC | 32 |
| Gumroad | 3 |
| Hacker Factor | 740 |
| Heolkek Cafe | 9 |
| HER App | 14 |
| Hewlett Packard Enterprise | 1 |
| Hinge.co | 201 |
| Hive | 149 |
| Hosting Services Inc/Midphase/WestHost/Autica/VPS | 8 |
| HowlogicKFT | 47 |
| Hris Technologies Ltd. | 1 |
| HubSpot, Inc | 2 |
| Hyperconnect LLC | 4,547 |
| Idalia Limited | 40 |
| Ideawise Limited | 38 |
| Identity Digital Inc. | 410 |
| IFTAS | 37 |
| Image Chest | 7 |
| Imagebam/ Flixya Entertainment/ videobam | 1,765 |
| Imgur, LLC | 22,459 |
| IMVU, inc. | 85 |
| InaRAE | 295 |
| Instagram, Inc. | 3,673,045 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
|---|---|
| Internet Archive | 820 |
| Invoke AI, Inc. | 2,838 |
| Izeo Dating Ltd | 32 |
| Jff Publications LLC | 16 |
| Jiggie | 28 |
| JMS Internet, Inc. | 7 |
| JNJ Mobile, Inc, d/b/a MocoSpace | 1 |
| Kaleton Web S.R.O | 8 |
| Keywords Studios | 508 |
| LegitScript, LLC | 2 |
| LEGO System A/S | 8 |
| Lemon8 | 521 |
| LIGHTNINGWARE INC. | 7,826 |
| Lightspeed Systems | 1,549 |
| Likeme Pte. Ltd. | 164 |
| Linden Lab/ SecondLife | 11 |
| LinkedIn Corporation | 182 |
| Linktree | 581 |
| Linode LLC | 13 |
| Local AI, Inc. | 2 |
| Lolcow LLC | 2 |
| Marinus Analytics LLC / Traffic Jam | 41 |
| Mastodon gGmbH | 1 |
| Match Group, LLC | 94 |
| Matrix.org Foundation | 82 |
| Medal.tv | 53 |
| MediaFire | 1,484 |
| MediaLab/Kik | 111,394 |
| Medium | 35 |
| MeetMe.com (fka myYearbook.com) | 6,290 |
| Megapersonals | 4 |
| Meta AI | 582 |
| MeWe | 77 |
| Microsoft - Online Operations | 111,093 |
| Microsoft - Xbox | 1,652 |
| Microsoft- other products | 8,477 |
| Milada Ltd. | 1 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

| ESP | | Reports |
|---|---|---|
| MisskeyHQ Inc. | | 3 |
| MMGuardian | | 1 |
| mod.io Pty Ltd | | 1 |
| Mohalla Tech Private Limited | | 109 |
| Momentive Inc. | | 1 |
| motherless | | 1,215 |
| Movie Star Planet | | 12 |
| Multi Media, LLC/Zmedianow, LLC/Chaturbate | | 1,662 |
| NameCheap.com | | 5 |
| Nektun Limited | | 3,115 |
| Neocortext Inc. | | 2,461 |
| Netflix, Inc. | | 3 |
| Netlify | | 168 |
| Network Contagion Research Institute | | 1 |
| New Meta AB | | 4 |
| Nexeon Technologies | | 1 |
| NextDoor, Inc | | 2 |
| Niantic Labs | | 29 |
| Nico Engler IT Solutions | | 7 |
| Nintendo of America Inc. | | 1 |
| Niteflirt / Phrendly.com / Platphorm, LLC | | 27 |
| NOCAP Inc. | | 4 |
| Notion Labs, Inc. | | 33 |
| Oculus | | 1,359 |
| OfferUp | | 1 |
| Okcupid.com - Humor Rainbow, Inc. | | 9 |
| Oliver+Coady, Inc (dba Let's Convene) | | 1 |
| Omegle.com LLC | | 11 |
| OpenAI | Child Safety Blueprint Combating OCSEA | 182,844 |
| Organization for Transformative Works | | 5 |
| OurChan | | 1 |
| OVH US LLC | | 20 |
| Oviedo Interactives Limited | | 949 |
| Padlet/Wallwisher Inc/cloudfront | | 112 |
| PageBites, Inc. | | 162 |
| parseIntel | | 1 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
| --- | --- |
| Particle Media Inc. | 1 |
| Patreon | 168 |
| Paulson Court Inc | 30 |
| PayPal Inc. | 1,346 |
| Photobucket.com | 3 |
| PicsArt | 2,026 |
| Pictoa | 62 |
| Pillowfort Blogging LLC | 397 |
| Pinterest Inc. | 418,394 |
| PNK | 100 |
| PocketzWorld Inc | 996 |
| PoopHD | 28 |
| programming.dev | 1 |
| Public Interest Registry | 378 |
| Quora | 5,646 |
| Ravex Web s.r.o. | 6 |
| RealNetworks, Inc. | 1 |
| Reblogme | 28 |
| Rec Room | 622 |
| Redbubble Inc. | 160 |
| Reddit, Inc. | 65,506 |
| Redgifs.com | 1,042 |
| Reflected Networks, Inc | 25 |
| Registry Services, LLC (GoDaddy Registry) | 519 |
| Reve AI, Inc | 19 |
| Revolt Chat | 4 |
| Riot Games | 32 |
| Robinhood Markets Inc | 333 |
| Roblox | 65,381 |
| Rumble Inc. | 5 |
| Runway AI, Inc. | 516 |
| Salesforce.com, inc | 2 |
| Schoolhouse World Inc | 2 |
| Scratch Foundation | 39 |
| Scribd | 17 |
| Scruff App/Perry Street Software, Inc | 30 |
| Select Media LLC (Fansly) | 1,477 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
| --- | --- |
| sendvid | 129 |
| Shuggr Ltd. | 2 |
| Shutterfly | 5 |
| SimilarWorlds | 102 |
| SITE Intelligence Group | 7 |
| Skout.com | 212 |
| Slack Technologies, Inc. | 252 |
| SMAT Ltd (dba Open Measures) | 8,922 |
| SmugMug-Flickr | 267 |
| Snapchat | 752,031 |
| Sniffies, LLC | 932 |
| Sony Interactive Entertainment | 9,074 |
| Soundcloud | 32 |
| Spawning Inc | 22 |
| Spotify USA Inc. | 1,179 |
| Squarespace, Inc. | 60 |
| Stability AI LTD | 91 |
| Stack Exchange, Inc. | 20 |
| Stanford Internet Observatory | 47 |
| Stelivo, LLC | 2,500 |
| Streamable, Inc | 1,596 |
| Streamate | 8 |
| Substack, Inc | 71 |
| Supabase, Inc. | 2 |
| Synchronoss Technologies, Inc | 12,099 |
| Tagged.com | 3,718 |
| Take-Two Interactive Software, Inc | 12 |
| TangoMe | 3,721 |
| Threads | 56,094 |
| ThumbSnap | 17 |
| Thumbtack | 1 |
| tik.porn | 44 |
| TikTok Inc. | 3,623,177 |
| Tinder, Inc. | 919 |
| tldraw, Inc. | 1 |
| Tlon Corporation | 1 |
| TMTG, Corp. | 18 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
| --- | --- |
| TrevorSpace | 93 |
| TripAdvisor, LLC | 4 |
| Tropical Sun, Ltd. d/b/a Clips4Sale.com | 39 |
| TrustLab | 55 |
| Tumblr | 2,881 |
| Twitch Interactive, Inc. | 2,390 |
| Unlockt.me | 3 |
| Various, Inc. / FriendFinder/ Tangotime | 3 |
| Vercel Inc. | 33 |
| VeriSign, Inc. | 187 |
| Verizon Online - Account #2 (External) | 7 |
| Verizon Wireless | 2 |
| Vero Labs, Inc. | 38 |
| VG DEALS, LLC | 4,327 |
| Vimeo LLC | 408 |
| Vistaprint | 1 |
| Visual Supply Company | 319 |
| VIZANTIO WEB LTD | 2 |
| Vokal (First Media) | 117 |
| VPB Inc. | 37 |
| Wasabi Technologies | 4 |
| Weebly, Inc. | 12 |
| Whatnot Inc. | 3 |
| WhatsApp Inc. | 2,355,302 |
| WHIMSIES LTD | 3 |
| Wikimedia Foundation Inc. | 60 |
| WikiTide Foundation, Inc | 2 |
| WildWorks, Inc. / AnimalJam | 4 |
| Wink | 1 |
| Wistia Inc. | 1 |
| Wizz App | 233 |
| WordPress.com/Automattic | 176 |
| X Corp | 816,611 |
| X.AI LLC | 135,373 |
| Xymara Ltd | 3 |
| Yahoo! Inc | 1,884 |
| Youngtek Solutions Limited | 1 |

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
|-----|--------:|
| Yubo | 731 |
| Zello | 7 |
| Zoom Video Communications, Inc | 768 |

The following is a breakdown of reports submitted to the CyberTipline by other hotlines or services.

| Hotline Reporters | Reports |
|-------------------|--------:|
| *INHOPE* | *225,349* |
| *NTOC* | *14,373* |
| *Polaris Project* | *312* |
| *Take It Down* | *130,362* |

**NCMEC.org/CyberTiplineData**

Copyright © 2026 National Center for Missing & Exploited Children. All rights reserved.