
F I L E D
08/10/2026
, CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**


MARVELLE J. BALLENTINE,

     *Plaintiff,*

     v.
                         Case No. 1:26-cv-02331-RDA-IDD
                                   The Honorable Judge
                                   Rossie D. Alston Jr.


KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

     *Defendants.*



**PLAINTIFF'S AMENDED CERTIFICATE OF SERVICE**

**(ECF NOS. 6, 7, AND 7-1)**


I certify that on August 6, 2026, I served true and correct copies of Plaintiff's Motion for Partial Summary Judgment, Memorandum in Support, Declaration of Marvelle J. Ballentine with Exhibits 1 through 8, and Proposed Order (ECF Nos. 6, 7, and 7-1) upon each Defendant by first-class mail, postage prepaid, pursuant to Federal Rules of Civil Procedure 5(a)(1) and 5(b)(2)(C), addressed as follows: Katie Hall, c/o National Center for Missing & Exploited Children, 333 John Carlyle Street, Suite 125, Alexandria, Virginia 22314; National Center for Missing & Exploited Children, c/o Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301; and Meta Platforms, Inc., c/o CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite

150N, Sacramento, California 95833. This Amended Certificate supersedes the certificates of service in ECF Nos. 6, 7, and 7-1.

Date: August 10, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**


MARVELLE J. BALLENTINE,

     *Plaintiff,*

     v.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

     *Defendants.*

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.


## <u>LOCAL CIVIL RULE 83.1(N) CERTIFICATION</u>


I, Marvelle J. Ballentine, Plaintiff pro se in the above-captioned action, declare under penalty of

perjury pursuant to 28 U.S.C. § 1746 that no attorney has prepared, or assisted in the preparation of,

Plaintiff's Amended Certificate of Service, filed in the above-captioned action.


Executed on August 10, 2026.


Marvelle J. Ballentine
Plaintiff, Pro Se
1520 Belle View Blvd, Ste. #5847
Alexandria, VA 22307
(407) 794-6503
jayballentine@protonmail.com