**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MARVELLE J. BALLENTINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:26-CV-02331-RDA-IDD |
| ) | |
| THE NATIONAL CENTER FOR ) | |
| MISSING & EXPLOITED CHILDREN, ) | |
| *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS OF DEFENDANT**
**THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN**

Defendant the National Center for Missing & Exploited Children, by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, hereby respectfully moves to dismiss Plaintiff's First Amended Complaint for failure to state a claim, with prejudice. The Motion should be granted on the grounds that: (1) Counts I, II, III, and VI are barred by the litigation privilege; (2) NCMEC and its employees and agents enjoy statutory immunity to Counts I, II, and V; (3) Plaintiff fails to plead, and cannot plausibly plead, that the allegedly-defamatory statements are not true, and thus the statements are not actionable; (4) the allegedly-defamatory meaning cannot reasonably be imputed from the language in question; (5) Plaintiff fails to state a claim for intentional infliction of emotional distress; and (6) Plaintiff's conspiracy counts are exclusively predicated on conclusory allegations lacking any factual support as to create plausibility. Further support is set forth in the contemporaneously-filed Memorandum, which is incorporated herein by reference.

WHEREFORE, for the reasons set forth above, Defendant the National Center for Missing & Exploited Children respectfully requests that Plaintiff's First Amended Complaint be

dismissed, with prejudice, and for such additional relief as this Honorable Court may deem

necessary and appropriate.

Respectfully submitted,

JORDAN COYNE LLP

/s/ *Padraic K. Keane*
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
(703) 246-0900
Fax: (703) 591-3673
p.keane@jocs-law.com
*Counsel for Defendant the National Center*
*For Missing and Exploited Children*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this Motion to Dismiss, the Memorandum

in Support, and the proposed Order were electronically filed and served, and were served via

first-class mail, postage prepaid, and electronic mail, on this 12th day of August, 2026, upon:

Marvelle J. Ballentine
1520 Belle View Boulevard, Suite 5847
Alexandria, VA 22307
jayballentine@protonmail.com
*Pro Se Plaintiff*

/s/ *Padraic K. Keane*
Padraic K. Keane