**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

MARVELLE J. BALLENTINE,     )
       )
    Plaintiff,     )
       )
v.     )    Case No. 1:26-CV-02331-RDA-IDD
       )
THE NATIONAL CENTER FOR     )
MISSING & EXPLOITED CHILDREN,     )
*ET AL.*,     )
       )
    Defendants.     )

<u>ORDER</u>

UPON CONSIDERATION of the Motion to Dismiss of Defendant the National Center

for Missing & Exploited Children, any Opposition thereto, and the entire record herein, it is, this

_____ day of _____, 2026,

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that Plaintiff's Complaint is dismissed, with prejudice, as to the

National Center for Missing & Exploited Children, and as to its employee, Defendant Hall.

 

               _____
               U.S. District Court Judge

<u>Copies to:</u> *Pro Se* Plaintiff and All Counsel of Record