IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et. al*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-2331 (RDA/IDD) |

**ORDER**

This matter comes before the Court on *pro se* Plaintiff Marvelle J. Ballentine's Motion for Partial Summary Judgment. Dkt. 6. On August 6, 2026, Plaintiff filed both her Amended Complaint and her Motion for Partial Summary Judgment. Dkts. 5, 6. Moreover, Defendants' answers or other responses to the Original Complaint are not due until August 21, 2026. Dkts. 3, 4. Accordingly, Plaintiff's Motion for Partial Summary Judgment is premature. *See, e.g.*, *Champy v. Beazer Homes Corp.*, 2016 WL 6525484, at *2 (D.S.C. Nov. 2, 2016) (recognizing summary judgment was premature).

Accordingly, it is hereby ORDERED that Plaintiff's Motion (Dkt. 6) is DENIED without prejudice to renewal at an appropriate time.

IT IS SO ORDERED. The Clerk's Office is directed to provide a copy to *pro se* Plaintiff at her last known address.

Alexandria, Virginia
August 12, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge