**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**EXHIBIT A**

**PLAINTIFF'S THREE PROPOSED INTERROGATORIES TO NCMEC**

Pursuant to the accompanying Motion under Federal Rule of Civil Procedure 26(d)(1), Plaintiff Marvelle J. Ballentine propounds the following three interrogatories to Defendant National Center for Missing & Exploited Children ("NCMEC"), to be answered under oath pursuant to Federal Rule of Civil Procedure 33. NCMEC shall answer each interrogatory only: "Yes," "No," or "Unable to determine after reasonable inquiry." The interrogatories seek no explanation and no report content.

**INTERROGATORY NO. 1:** Excluding information supplied by Plaintiff in the April 9, 2026 materials, court filings, public sources, and information obtained or added after original receipt by NCMEC, did either of the two CyberTipline reports referenced in NCMEC's April 22, 2026 letters, as originally received by NCMEC, contain or otherwise identify "Marvelle J. Ballentine"?

**INTERROGATORY NO. 2:** Subject to the same exclusions, did either report, as originally received by NCMEC, contain or otherwise identify "Jay Ballentine"?

**INTERROGATORY NO. 3:** Subject to the same exclusions, did either report, as originally received by NCMEC, contain or otherwise identify jaychizza@icloud.com?

Date: August 20, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com