**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-02331-RDA-IDD |
| v. | ) | |
| | ) | |
| KATIE HALL, NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN; META PLATFORMS, INC. and JOHN/JANE DOES 1-6, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT META PLATFORMS, INC.'S
NOTICE OF WAIVER OF ORAL ARGUMENT**

Please take notice that Defendant Meta Platforms, Inc., pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 7, by counsel, waives oral argument on its Motion to Dismiss (Dkt. No. 21).

Dated: August 21, 2026

Respectfully submitted,
**META PLATFORMS, INC.**

By: */s/ Jesse Beringer*____

Jesse Beringer
Virginia State Bar No. 88418
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
T: +1 202 339 8400
F: +1 202 339 8500
jberinger@orrick.com

*Counsel for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I caused DEFENDANT META PLATFORMS, INC.'S NOTICE OF WAIVER OF ORAL ARGUMENT to be electronically filed using the Court's CM/ECF system, and also caused the foregoing to be emailed and mailed via First Class U.S. Postal Mail, postage prepaid, to *pro se* plaintiff at the following address.

Marvelle J. Ballentine
1520 Belle View Bld., Ste. 5847
Alexandria, VA 22307
jayballentine@protonmail.com

This 21st day of August, 2026.

By: */s/ Jesse Beringer*____

Jesse Beringer
Virginia State Bar No. 88418
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
T: +1 202 339 8400
F: +1 202 339 8500
jberinger@orrick.com