UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-2331 (RDA/IDD) |
| | ) | |
| KATIE HALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE**

This matter comes before the Court on Defendants' Motion to Dismiss (Dkt. 21). In accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Plaintiff is hereby NOTIFIED that an opposing party has filed a motion to dismiss that, if granted, could result in the dismissal of some or all of Plaintiff's claims.

Plaintiff is ADVISED that Plaintiff is entitled to file a response opposing the motion **within twenty-one (21) days** of the filing date of this Notice. Plaintiff is FURTHER ADVISED that the Court could dismiss some or all of Plaintiff's claims on the basis of the moving party's papers if Plaintiff does not file a response.

If Plaintiff submits a response, Defendants may file a reply **within six (6) days** after the service of Plaintiff's response. *See* E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." *Id.*

Alexandria, Virginia
August 24, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge