FILED
8/21/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Plaintiff Marvelle J. Ballentine, pursuant to Federal Rule of Civil Procedure 15(d), moves for leave to file the Proposed Supplemental Complaint attached as Exhibit A. Exhibit A supplements Counts III and IV of the First Amended Complaint only; alleges events occurring after the First Amended Complaint was filed; adds no defendant; adds no cause of action; adds no category of relief; and otherwise leaves the First Amended Complaint unchanged.

The Proposed Supplemental Complaint pleads three post-filing events: NCMEC's August 12, 2026 memorandum in support of its motion to dismiss (ECF No. 11); the August 13, 2026 communication by counsel for NCMEC and Hall; and the August 13, 2026 consolidated motion to dismiss filed jointly by Meta Platforms, Inc., Accenture LLP, Genpact Limited, and TaskUs, Inc. in

*Ballentine v. Meta Platforms, Inc.*, No. 3:26-cv-05939-RFL (N.D. Cal.), ECF No. 152. The NCMEC and Hall events supplement Count III. The Meta event supplements Count IV.

The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Pursuant to Local Civil Rule 7(E), Plaintiff states as follows: Plaintiff and counsel for NCMEC conferred by telephone on August 20, 2026 regarding this Motion. NCMEC did not consent to the relief requested. Defendants Katie Hall and Meta Platforms, Inc. have not appeared in this action, and no counsel of record has entered an appearance on their behalf.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file Exhibit A as Plaintiff's Supplemental Complaint under Federal Rule of Civil Procedure 15(d), and grant such other relief as the Court deems just.

Date: August 20, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, any of the following documents: (1) Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d); (2) the Memorandum in Support of the Motion; and (3) Exhibit A, Plaintiff's Proposed Supplemental Complaint to First Amended Complaint.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Executed on: August 20, 2026

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2026, I submitted the foregoing Motion, together with the accompanying Memorandum in Support and Exhibit A, which contain the certification required by Local Civil Rule 83.1(N), to the Clerk of Court through the Court's Electronic Document Submission System for docketing on CM/ECF. Upon docketing, counsel for Defendant National Center for Missing & Exploited Children will receive notice through the Court's CM/ECF system. Pursuant to Federal Rules of Civil Procedure 5(a)(1) and 5(b)(2)(C), I served a true and correct copy of the foregoing by first-class mail, postage prepaid, addressed as follows: Katie Hall, c/o National Center for Missing & Exploited Children, 333 John Carlyle Street, Suite 125, Alexandria, Virginia 22314; and Meta Platforms, Inc., c/o CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833.

Marvelle J. Ballentine