FILED
8/24/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**DECLARATION OF MARVELLE J. BALLENTINE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE THREE LIMITED INTERROGATORIES ON NCMEC BEFORE THE RULE 26(f) CONFERENCE (ECF NO. 15)**

I, Marvelle J. Ballentine, declare as follows:

1. I am the Plaintiff in this action. I make this Declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. My legal name is Marvelle J. Ballentine.

3. Before April 22, 2026, I never used the name "Marvelle J. Ballentine" to create, register, identify, maintain, access, or operate any account on any product or service owned or operated by Meta Platforms, Inc. that I used.

4. I never used "Marvelle J. Ballentine" as a username, profile name, display name, account name, or other identity by which I identified myself on Facebook, Instagram, Threads, WhatsApp, Oculus, Meta Quest, or any other Meta product or service that I used.

5. I did not provide "Marvelle J. Ballentine" to Meta Platforms, Inc. as the name identifying me or any Meta account that I created, maintained, or operated.

6. In connection with my online identity, including my use of Meta products and services, I used the name "Jay Ballentine," rather than "Marvelle J. Ballentine."

7. To the extent "Marvelle J. Ballentine" appeared in the April 9, 2026 correspondence, draft subpoena materials, or other litigation materials that I transmitted to the National Center for Missing & Exploited Children, I included that name because it is my legal name and the name under which the underlying federal litigation was pending. I did not include that name because I had used it to identify or operate any Meta account.

8. The foregoing statements concern my own use of my name, my own operation of Meta products and services, and my own preparation and transmission of the litigation materials referenced above. Each of those matters is within my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026.

Marvelle J. Ballentine

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Declaration of Marvelle J. Ballentine in Support of Plaintiff's Motion for Leave to Serve Three Limited Interrogatories on NCMEC Before the Rule 26(f) Conference (ECF No. 15).

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Dated: August 24, 2026