AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Marvelle J. Ballentine
*Plaintiff*
v.
Katie Hall et al.
*Defendant*

Case No. 1:26-cv-02331-RDA-IDD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Meta Platforms, Inc. .

Date: 08/26/2026

/s/ Hillary Dang
*Attorney's signature*

Hillary Dang (VSB No. 92188)
*Printed name and bar number*

ORRICK HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
*Address*

hdang@orrick.com
*E-mail address*

(202) 339-8400
*Telephone number*

(202) 339-8500
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I caused foregoing to be electronically filed using the Court's CM/ECF system, and also caused a copy of the foregoing to be emailed and mailed via First Class U.S. Postal Mail, postage prepaid to *pro se* plaintiff at the following address.

Marvelle J. Ballentine
1520 Belle View Bld., Ste. 5847
Alexandria, VA 22307
jayballentine@protonmail.com

This 26th day of August, 2026.

By: */s/ Hillary Dang*
Hillary Dang