UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN, *ET AL.*,<br><br>Defendants. | Civil Action No. 1:26-cv-02331-RDA-IDD |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Defendant, National Center for Missing & Exploited Children, by counsel, will present argument on its previously filed Motion to Dismiss to the court on Wednesday, September 30, 2026, at 10:00a.m. It is estimated that the hearing will require 30 minutes.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Padraic K. Keane*

Padraic K. Keane, VSB# 88876
Jordan Coyne LLP
10201 Fairfax Blvd. Suite 520
Fairfax, Virginia 22030
Telephone: (703) 246-0900
Facsimile: (703) 591-3673
Email: p.keane@jocs-law.com
*Counsel for Defendants*
*National Center for Missing &*
*Exploited Children*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a true and correct copy of the foregoing Notice of Hearing was served via U.S Mail and Email upon all counsel of record.

*/s/ Padraic K. Keane*
Padraic K. Keane