FILED
8/31/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S NOTICE OF WAIVER OF ORAL ARGUMENT**

Please take notice that Plaintiff Marvelle J. Ballentine, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 7, does not request oral argument on the Motion to Dismiss of Defendant National Center for Missing & Exploited Children (ECF No. 10), noticed for hearing on September 30, 2026 (ECF No. 38), and submits that Motion for decision on the papers.

Plaintiff likewise does not request oral argument on the Motion to Dismiss of Defendant Meta Platforms, Inc. (ECF No. 21), as to which Meta Platforms, Inc. has filed its own waiver of oral argument (ECF No. 23), and submits that Motion for decision on the papers.

This Notice does not excuse Plaintiff's appearance at any scheduled hearing. Unless and until the Court vacates the September 30, 2026 hearing, Plaintiff will appear as ordered.

Date: August 31, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, I submitted the foregoing Notice of Waiver of Oral Argument to the Clerk of Court through the Court's Electronic Document Submission System for docketing on CM/ECF. Upon docketing, counsel for all parties will receive notice through the Court's CM/ECF system.

Marvelle J. Ballentine

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Notice of Waiver of Oral Argument.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Dated: August 31, 2026