FILED
8/31/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY AT THE SEPTEMBER 25, 2026 HEARING**

Plaintiff Marvelle J. Ballentine moves for leave to appear by videoconference or, in the alternative, by telephone at the hearing set for September 25, 2026, at 10:00 a.m. in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis on Plaintiff's Motion for Leave to Serve Three Limited Interrogatories on NCMEC before the Rule 26(f) Conference (ECF No. 15) and Plaintiff's Motion for Leave to File a Supplemental Complaint (ECF No. 26). In support, Plaintiff states as follows.

1. Good cause supports the request. Plaintiff appears pro se and resides in Florida. In-person attendance at the hearing would require interstate travel and its attendant expense.

2. Both motions are fully briefed. The Rule 26(d)(1) motion is before the Court on the motion and memorandum (ECF Nos. 15, 16), NCMEC's opposition (ECF No. 33), and Plaintiff's reply (ECF No. 36). The Rule 15(d) motion is before the Court on the motion and memorandum (ECF Nos. 26, 27), NCMEC's opposition (ECF No. 32), and Plaintiff's reply (ECF No. 35). Remote appearance permits Plaintiff to participate fully in argument on these written motions.

3. Plaintiff will be available by videoconference or telephone at the Court's convenience, will comply with all connection instructions issued by the Court or the Clerk, and will bear any cost of his remote appearance.

4. This Motion does not seek to continue the hearing. Plaintiff will appear at the date and time set by the Court.

5. Plaintiff conferred with counsel before filing this Motion. Counsel for Defendant National Center for Missing & Exploited Children stated that his clients take no position on Plaintiff's request to appear remotely at the September 25, 2026 hearing. Counsel for Defendant Meta Platforms, Inc. stated that Meta takes no position on the request.

WHEREFORE, Plaintiff respectfully requests leave to appear by videoconference or, in the alternative, by telephone at the September 25, 2026 hearing. A proposed order accompanies this Motion.

Date: August 31, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, I submitted the foregoing Motion for Leave to Appear Remotely at the September 25, 2026 Hearing to the Clerk of Court through the Court's Electronic Document Submission System for docketing on CM/ECF. Upon docketing, counsel for all parties will receive notice through the Court's CM/ECF system.

Marvelle J. Ballentine

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Motion for Leave to Appear Remotely at the September 25, 2026 Hearing.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Dated: August 31, 2026