**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to Appear Remotely at the September 25, 2026 Hearing. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff may appear by videoconference or, if videoconference is unavailable, by telephone at the hearing set for September 25, 2026, at 10:00 a.m. before the undersigned; and it is further

ORDERED that the Clerk shall provide Plaintiff with connection information in advance of the hearing.

Alexandria, Virginia
Date: ____________________, 2026

______________________________
Ivan D. Davis
United States Magistrate Judge