FILED
8/31/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S MOTION TO VACATE THE SEPTEMBER 30, 2026 HEARING AND TO DECIDE THE MOTION TO DISMISS ON THE PAPERS**

Plaintiff Marvelle J. Ballentine moves the Court to vacate the hearing noticed for September 30, 2026 (ECF No. 38) on the Motion to Dismiss of Defendant National Center for Missing & Exploited Children ("NCMEC") (ECF No. 10), and to decide the Motion on the papers pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 7(J). In support, Plaintiff states as follows.

1. The Motion to Dismiss is before the Court on NCMEC's motion and memorandum (ECF Nos. 10, 11) and Plaintiff's oppositions (ECF Nos. 20, 30). The written submissions present the parties' positions in full.

2. Plaintiff, the party opposing the Motion, does not require oral argument and has filed a Notice of Waiver of Oral Argument contemporaneously with this Motion. Defendant Meta Platforms, Inc. has likewise waived oral argument on its own Motion to Dismiss (ECF No. 23).

3. Plaintiff appears pro se and resides in Florida. Attendance at the September 30 hearing would require interstate travel and its attendant expense to argue a motion that the written record already presents. Decision on the papers imposes no burden on any party.

4. On August 20, 2026, Plaintiff moved to continue the hearing on the Motion to Dismiss pending resolution of his Rule 15(d) motion (ECF No. 29). If the Court vacates the September 30 hearing and decides the Motion on the papers, ECF No. 29 is moot. The sequence in which the Court decides the pending Rule 15(d) motion (ECF No. 26) and the Motion to Dismiss remains with the Court.

WHEREFORE, Plaintiff respectfully requests that the Court vacate the September 30, 2026 hearing and decide the Motion to Dismiss (ECF No. 10) on the papers. A proposed order accompanies this Motion.

Date: August 31, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, I submitted the foregoing Motion to Vacate the September 30, 2026 Hearing and to Decide the Motion to Dismiss on the Papers to the Clerk of Court through the Court's Electronic Document Submission System for docketing on CM/ECF. Upon docketing, counsel for all parties will receive notice through the Court's CM/ECF system.

Marvelle J. Ballentine

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Motion to Vacate the September 30, 2026 Hearing and to Decide the Motion to Dismiss on the Papers.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Dated: August 31, 2026