**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

# **ORDER**

This matter is before the Court on Plaintiff's Motion to Vacate the September 30, 2026 Hearing and to Decide the Motion to Dismiss on the Papers. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the hearing noticed for September 30, 2026 (ECF No. 38) on the Motion to Dismiss of Defendant National Center for Missing & Exploited Children (ECF No. 10) is VACATED; and it is further

ORDERED that the Motion to Dismiss (ECF No. 10) will be decided on the papers pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 7(J).

Alexandria, Virginia
Date: ____________________, 2026

______________________________
Rossie D. Alston, Jr.
United States District Judge