FILED
9/1/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**
**TO DEFENDANT META PLATFORMS, INC.'S REPLY**
**IN SUPPORT OF MOTION TO DISMISS**

Plaintiff Marvelle J. Ballentine moves the Court, under Local Civil Rule 7(F)(1), for leave to file the Proposed Sur-Reply attached as Exhibit A. The Proposed Sur-Reply answers one argument that Defendant Meta Platforms, Inc. ("Meta") raised for the first time in its Reply Memorandum filed August 31, 2026 (ECF No. 39). In support, Plaintiff states as follows.

1. Meta moved to dismiss the First Amended Complaint (ECF No. 5) on August 21, 2026 (ECF Nos. 21, 22). Plaintiff filed his opposition on August 24, 2026 (ECF No. 30). Meta filed its Reply on August 31, 2026 (ECF No. 39).

2. Local Civil Rule 7(F)(1) provides for an opening memorandum, an opposition, and a reply. After that, "[n]o further briefs or written communications may be filed without first obtaining leave of Court."

3. Meta's Reply largely reiterates or develops arguments advanced in its opening memorandum, or responds to arguments in Plaintiff's opposition. Plaintiff seeks no additional round of briefing on those matters.

4. One argument is different. At page 7, Meta argues for the first time that Count IV fails because Plaintiff "has not identified any non-speculative opportunity for him to provide testimony in any action," and that "[t]he FAC's failure to identify any actual testimony in federal court that Plaintiff has or likely will offer independently dooms Plaintiff's Section 1985(2) claim." ECF No. 39 at 7. Meta rests that argument on later procedural developments: the dismissal of the 286 Action and the pending motion to dismiss in the 376 Action. *Id.*

5. Meta's opening memorandum did not advance that argument. It argued that Plaintiff had not pleaded injury because he continued to litigate. ECF No. 22 at 12. It suggested in a footnote that "attending court" might require physical presence at a proceeding. *Id.* at 12 n.1. It did not argue that a prospective witness must plead a presently identifiable and sufficiently certain future occasion to testify. It did not argue that the FAC fails for want of allegations identifying testimony Plaintiff "has or likely will offer." And it did not treat later procedural events in the underlying actions as a test of Plaintiff's witness status. Plaintiff therefore has had no opportunity to respond.

6. The Proposed Sur-Reply is confined to that one argument. It introduces no new evidence. It relies only on the existing Rule 12 record, principally the First Amended Complaint and Meta's Reply.

7. Plaintiff does not request a hearing on this Motion and waives oral argument. The Motion is procedural and confined to a single question, and the written submissions present it in full. Plaintiff therefore submits the Motion for decision on the papers pursuant to Federal Rule of

Civil Procedure 78(b) and Local Civil Rule 7(J). Because no hearing is sought, Plaintiff does not seek a hearing date under Local Civil Rule 7(E).

WHEREFORE, Plaintiff respectfully requests that the Court grant leave pursuant to Local Civil Rule 7(F)(1) to file the Proposed Sur-Reply attached as Exhibit A and deem the Proposed Sur-Reply filed as of the date of the Court's Order. A memorandum in support and a proposed order accompany this Motion.

Date: September 1, 2026

Respectfully submitted,



Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, I submitted the foregoing Motion for Leave to File Sur-Reply to Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Dismiss to the Clerk of Court through the Court's Electronic Document Submission System for docketing on CM/ECF. Upon docketing, counsel for all parties will receive notice through the Court's CM/ECF system.



Marvelle J. Ballentine

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Motion for Leave to File Sur-Reply to Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Dismiss, and the accompanying Proposed Order.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Dated: September 1, 2026