**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Sur-Reply to Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Dismiss. The Court has dispensed with oral argument because it would not aid in the decisional process. Fed. R. Civ. P. 78(b); Local Civil Rule 7(J). Upon consideration of the Motion and the memorandum in support, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion for Leave to File Sur-Reply is GRANTED; and it is further

ORDERED that Plaintiff's Proposed Sur-Reply, attached to the Motion as Exhibit A, is DEEMED FILED as of the date of this Order.

Alexandria, Virginia

Date: ____________________, 2026

Rossie D. Alston, Jr.
United States District Judge