**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARVELLE J. BALLENTINE,

Plaintiff,

v.

THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN, *ET AL.*,

Defendants.

Case No. 1:26-CV-02331-RDA-IDD

MOTION TO DISMISS OF DEFENDANT KATIE HALL, ESQ.

Defendant Katie Hall, Esq., by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, hereby respectfully moves to dismiss Plaintiff's Amended Complaint, and adopts and joins in the Motion to Dismiss [Doc. 10] and Memorandum in Support thereof [Doc. 11] filed by Defendant the National Center for Missing and Exploited Children ["NCMEC"]. This Motion should be granted on the same grounds as those set forth in NCMEC's Motion to Dismiss, specifically on the grounds that Plaintiff's claims are barred by litigation privilege, as the allegedly-defamatory language was set forth in a response to a subpoena; because Ms. Hall, as an employee of NCMEC,[1] enjoys qualified statutory immunity under federal law; because Plaintiff fails to plausibly allege that the language in question is not true; because the language utilized cannot support a defamation by imputation claim; because Plaintiff has failed to plausibly allege that the subpoena response was sufficiently outrageous to

[1] *See* Complaint at ¶ 20 (alleging that Ms. Hall "is an individual who served as Corporate Counsel of NCMEC… at all times relevant to this Complaint.").

support a claim of intentional infliction of emotional distress; and because Plaintiff's claims of conspiracy are predicated on conclusory, illogical allegations.

WHEREFORE, for the reasons set forth above, Defendant Katie Hall, Esq. respectfully requests that Plaintiff's First Amended Complaint be dismissed, with prejudice, and for such additional relief as this Honorable Court may deem necessary and appropriate.

Respectfully submitted,

JORDAN COYNE LLP

/s/ *Padraic K. Keane*
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
(703) 246-0900
Fax: (703) 591-3673
p.keane@jocs-law.com
*Counsel for Defendants Katie Hall, Esq. & the National Center for Missing and Exploited Children*

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this Motion to Dismiss and the proposed Order were electronically filed and served, and were served via first-class mail, postage prepaid, and electronic mail, on this 2nd day of September, 2026, upon:

Marvelle J. Ballentine
1520 Belle View Boulevard, Suite 5847
Alexandria, VA 22307
jayballentine@protonmail.com
*Pro Se Plaintiff*

/s/ *Padraic K. Keane*
Padraic K. Keane