**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN, *ET AL.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-CV-02331-RDA-IDD |

ORDER

UPON CONSIDERATION of the Motion to Dismiss of Defendant Katie Hall, Esq., any Opposition thereto, and the entire record herein, it is, this _____ day of _________________, 2026,

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that Plaintiff's Amended Complaint is dismissed, with prejudice, as to Defendant Katie Hall, Esq.

______________________________
U.S. District Court Judge

Copies to: *Pro Se* Plaintiff and All Counsel of Record