**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN, *ET AL.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-CV-02331-RDA-IDD |

OPPOSITION OF DEFENDANT KATIE HALL, ESQ.
TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Defendant Katie Hall, Esq., by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, hereby respectfully opposes the *pro se* Plaintiff's "Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d)" [Doc. 26]. Defendant Hall adopts and joins in the Opposition [Doc. 32] filed by co-defendant the National Center for Missing and Exploited Children.

Respectfully submitted,

JORDAN COYNE LLP

/s/ *Padraic K. Keane*
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
(703) 246-0900
Fax: (703) 591-3673
p.keane@jocs-law.com
*Counsel for Defendants Katie Hall, Esq. & the National Center for Missing and Exploited Children*

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this Opposition were electronically filed and served, and were served via first-class mail, postage prepaid, and electronic mail, on this 2nd day of September, 2026, upon:

Marvelle J. Ballentine
1520 Belle View Boulevard, Suite 5847
Alexandria, VA 22307
jayballentine@protonmail.com
*Pro Se Plaintiff*

/s/ *Padraic K. Keane*
Padraic K. Keane