**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN, *ET AL.*,<br><br>Defendants. | ) | Case No. 1:26-CV-02331-RDA-IDD |

OPPOSITION OF DEFENDANT
THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN
TO PLAINTIFF'S MOTION TO VACATE HEARING SET FOR SEPTEMBER 30, 2026

Defendant the National Center for Missing & Exploited Children ["NCMEC"], by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, hereby respectfully opposes Plaintiff's "Motion to Vacate the September 30, 2026 Hearing and to Decide the Motion to Dismiss on the Papers." [Doc. 42] The Motion filed by the *Pro Se* Plaintiff fails to state any good cause for the relief requested.

Plaintiff appears to base his motion on two grounds, neither of which merit the relief requested. First, Plaintiff asserts that he "does not require oral argument…" Doc. 42 at ¶ 2. Second, Plaintiff asserts that because he is *pro se*, and resides in Florida, "attendance at the hearing would require interstate travel and its attendant expense to argue a motion…" *Id.* at ¶ 3. Taking these arguments in order, the hearing was not set for Plaintiff's benefit or to ensure he had a full opportunity to be heard. However, given Plaintiff's *pro se* status, NCMEC believes that a hearing would be a useful opportunity for the parties to be heard.

Second, Plaintiff has intentionally availed himself of this Court, and cannot credibly complain that litigating a matter in this Court is inconvenient or carries undue expense. This matter is the second lawsuit filed by Plaintiff against NCMEC and its employee, co-defendant Katie Hall, Esq., and these lawsuits have carried significant inconvenience and expense to NCMEC, and have served as an unnecessary distraction of resources from NCMEC's core missions.[1] As a matter of common sense, when one files suit in a given District Court, one must expect that he or she will be required to travel to the Court for court appearances. Neither of the grounds set forth by Plaintiff constitute good cause; they simply constitute what Plaintiff feels would be more convenient.

In light of the foregoing, Defendant NCMEC respectfully requests that this Honorable Court deny Plaintiff's Motion, and that the hearing set for September 30, 2026 remain as scheduled.

---

[1] Mr. Ballentine filed a complaint in *Ballentine v. NCMEC*, et al, Case No. 1:26-cv-01341-MSN-WBP on May 19, 2026. On June 16, 2026, NCMEC filed a motion to dismiss. Plaintiff filed a motion for leave to amend his complaint, which was opposed. In lieu of awaiting the Court's ruling on either the motion to dismiss or Plaintiff's motion to amend, Plaintiff voluntarily dismissed that claim on July 29, 2026. The following day, Plaintiff filed the above-captioned matter, then filed an amended complaint on August 6, 2026, and since that time has filed: a motion for partial summary judgment [Doc. 6], a motion for leave to conduct early discovery [Doc. 15], a motion to continue the hearing on NCMEC's motion to dismiss [Doc. 29], a motion for leave to file a supplemental pleading [Doc. 26], a motion to appear remotely at the hearing set for September 25 (as to Plaintiff's own motions) [Doc. 41], the motion at issue [Doc. 42], and has advised defense counsel of Plaintiff's intention to file a motion for leave to file a second amended complaint.

Respectfully submitted,

JORDAN COYNE LLP

/s/ *Padraic K. Keane*
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
(703) 246-0900
Fax: (703) 591-3673
p.keane@jocs-law.com
*Counsel for Defendants Katie Hall, Esq. & the National Center for Missing and Exploited Children*

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this Opposition were electronically filed and served, and were served via first-class mail, postage prepaid, and electronic mail, on this 2nd day of September, 2026, upon:

Marvelle J. Ballentine
1520 Belle View Boulevard, Suite 5847
Alexandria, VA 22307
jayballentine@protonmail.com
*Pro Se Plaintiff*

/s/ *Padraic K. Keane*
Padraic K. Keane