IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-2331 (RDA/IDD) |

**ORDER**

This matter comes before the Court on *pro se* Plaintiff Marvelle J. Ballentine's Motion to Vacate the September 30, 2026 Hearing and to Decide the Motion to Dismiss on the Papers. Dkt. 42. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion (Dkt. 42) is GRANTED; and it is

FURTHER ORDERED that the hearing noticed for September 30, 2026 (Dkt. 38) on the Defendant National Center for Missing & Exploited Children's Motion to Dismiss (Dkt. 10) is VACATED; and it is

FURTHER ORDERED that the Motion to Dismiss (Dkt. 10) will be decided on the papers pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 7(J).

It is SO ORDERED.

The Clerk's Office is directed to provide a copy to *pro se* Plaintiff at his last known address.

Alexandria, Virginia
~~August __, 2026~~
September 2, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge