FILED
9/3/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S PROTECTIVE OPPOSITION TO**
**DEFENDANT KATIE HALL'S MOTION TO DISMISS**

Plaintiff Marvelle J. Ballentine files this opposition protectively: it demonstrates that the First Amended Complaint ("FAC") states its claims on the facts already pleaded, without awaiting, and without prejudice to, Plaintiff's pending motion for leave to file a supplemental pleading under Rule 15(d). ECF No. 26.

## I. HALL'S MOTION PRESENTS THE SAME GROUNDS ALREADY BRIEFED

Hall's motion adopts ECF Nos. 10 and 11 and seeks dismissal on the same grounds asserted by NCMEC: litigation privilege, federal statutory immunity, truth and falsity, defamation by implication, intentional infliction of emotional distress, and conspiracy.

ECF No. 30 responds to the corresponding arguments contained in ECF No. 11. Hall's adoption therefore places before the Court the same Rule 12 issues Plaintiff has already substantively answered.

## II. PLAINTIFF RELIES UPON HIS EXISTING RESPONSES TO THE ARGUMENTS HALL HAS ADOPTED

Plaintiff relies upon the arguments set forth in ECF No. 30, to the extent applicable to Hall, as his opposition to the corresponding arguments Hall has adopted from ECF No. 11.

Plaintiff maintains against Hall each response made in ECF No. 30 concerning litigation privilege, statutory immunity, truth and falsity, defamation by implication, intentional infliction of emotional distress, and conspiracy.

Plaintiff opposes ECF No. 45 in its entirety. Each argument asserted in ECF No. 30 against a corresponding ground in ECF No. 11 is asserted here against Hall's adoption of that ground. The abbreviated form of this filing reflects that those substantive issues have already been briefed.

## III. HALL'S ADOPTION DOES NOT ALTER THE ISSUES ALREADY PRESENTED

Hall's adoption changes the movant asserting the arguments; it does not change the arguments themselves. By adopting ECF No. 11, Hall invokes the same contentions concerning litigation privilege, statutory immunity, truth, defamation by implication, intentional infliction of emotional distress, and conspiracy that Plaintiff has already answered.

Plaintiff's existing responses therefore apply to Hall's motion with equal force. ECF No. 45 supplies no separate substantive ground for dismissal beyond those already addressed in ECF No. 30.

This opposition is directed to ECF No. 45 as presently framed against the First Amended Complaint. Plaintiff separately seeks leave to File Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d). Plaintiff preserves his Rule 15 motion and the supplemental pleading.

## IV. CONCLUSION

For the foregoing reasons and for the reasons stated in Plaintiff's existing opposition to the arguments Hall has adopted, ECF No. 30, Defendant Katie Hall's Motion to Dismiss should be denied. Plaintiff's request is made protectively and without prejudice to his pending Motion for Leave under Rule 15(d) and the resulting pleading posture if that motion is granted.

Date: September 3, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd., Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I submitted the foregoing Plaintiff's Protective Opposition to Defendant Katie Hall's Motion to Dismiss, together with the accompanying Local Civil Rule 83.1(N) Certification, to the Clerk of Court through the Court's Electronic Document Submission System (EDSS). Upon the Clerk's acceptance and docketing of the submission, a Notice of Electronic Filing will be transmitted through the Court's CM/ECF system to all counsel of record, who are registered users of that system.



Marvelle J. Ballentine
Plaintiff, *pro se*

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Plaintiff's Protective Opposition to Defendant Katie Hall's Motion to Dismiss.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Executed on: September 3, 2026