FILED
9/3/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S REPLY TO DEFENDANT KATIE HALL'S OPPOSITION TO PLAINTIFF'S RULE 26(d)(1) MOTION**

In the prior action, NCMEC and Hall represented that discovery "could give rise to further litigation from Mr. Ballentine." *Ballentine v. NCMEC*, No. 1:26-cv-01341-MSN-WBP, ECF No. 11 at 4. The Declaration makes concrete what NCMEC previously said discovery might reveal. ECF No. 31 ¶¶ 3–7. Defendant Hall's Opposition (ECF No. 46) adopts NCMEC's Opposition (ECF No. 33). Plaintiff therefore incorporates his Reply to NCMEC's Opposition (ECF No. 36) and submits this additional point in reply.

Dated: September 3, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd., Ste. 5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I submitted the foregoing Plaintiff's Reply to Defendant Katie Hall's Opposition to Plaintiff's Rule 26(d)(1) Motion to the Clerk of Court for filing through the Court's Electronic Document Submission System (EDSS). Upon the Clerk's docketing of the submission on the Court's Case Management/Electronic Case Filing (CM/ECF) system, a Notice of Electronic Filing will be transmitted to counsel of record for Defendants, who are registered users of that system and will be served through that means.

Marvelle J. Ballentine
*Plaintiff, pro se*

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Plaintiff's Reply to Defendant Katie Hall's Opposition to Plaintiff's Rule 26(d)(1) Motion.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Executed on: September 3, 2026