**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

# EXHIBIT A

## PLAINTIFF'S FOUR PROPOSED INTERROGATORIES TO META PLATFORMS, INC.

Pursuant to the accompanying Motion under Federal Rule of Civil Procedure 26(d)(1), Plaintiff Marvelle J. Ballentine propounds the following four interrogatories to Defendant Meta Platforms, Inc. ("Meta"), to be answered under oath pursuant to Federal Rule of Civil Procedure 33. Meta shall answer each interrogatory only: "Yes," "No," or "Unable to determine after reasonable inquiry." The interrogatories seek no explanation and no report content.

INTERROGATORY NO. 1: Between July 1, 2022 and April 22, 2026, did Meta submit to NCMEC a CyberTipline report in connection with the Facebook account associated with Plaintiff and terminated on or about July 4, 2022?

INTERROGATORY NO. 2: Did any such report, as submitted by Meta, contain or otherwise identify "Marvelle J. Ballentine"?

INTERROGATORY NO. 3: Did any such report, as submitted by Meta, contain or otherwise identify “Jay Ballentine”?

INTERROGATORY NO. 4: Did any such report, as submitted by Meta, contain or otherwise identify jaychizza@icloud.com?

Date: September 3, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com