**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

FILED
09/03/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Plaintiff Marvelle J. Ballentine will bring his Motion Under Federal Rule of Civil Procedure 26(d)(1) for Leave to Serve Four Limited Interrogatories on Meta Platforms, Inc. Before the Rule 26(f) Conference for hearing before the Honorable Ivan D. Davis, United States Magistrate Judge, on Friday, September 25, 2026, at 10:00 a.m., in Alexandria Courtroom 301, or at such other time as the Court may direct.

Plaintiff and counsel for Meta conferred by telephone on September 3, 2026 regarding the Motion and the September 25, 2026 hearing date. Meta stated that it does not agree to answer the four interrogatories and takes no position on September 25, 2026 as the hearing date.

Plaintiff therefore notices this Motion for hearing on the same date and time presently set for Plaintiff's pending Rule 26(d)(1) Motion directed to NCMEC (ECF No. 15) and Rule 15(d) Motion (ECF No. 26).

Date: September 3, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Notice of Hearing.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant
Executed on: September 3, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I submitted the foregoing Notice of Hearing, together with the accompanying Local Civil Rule 83.1(N) Certification, to the Clerk of Court for filing through the Court's Electronic Document Submission System (EDSS).

I further certify that, upon the Clerk's docketing of the submission on the Court's Case Management/Electronic Case Filing (CM/ECF) system, a Notice of Electronic Filing will be transmitted to all counsel of record, who are registered users of that system and will be served through that means.

Marvelle J. Ballentine