**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**ORDER**

This matter comes before the Court on Plaintiff's Notice of Withdrawal of ECF No. 26 and Request to Vacate September 25, 2026 Hearing as to ECF No. 26 Only (the "Notice"). Having considered the Notice, it is hereby

ORDERED that the Notice is RECOGNIZED; and it is further

ORDERED that Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d) (ECF No. 26) is WITHDRAWN, and the Clerk shall terminate ECF No. 26 as a pending motion; and it is further

ORDERED that the September 25, 2026 hearing is VACATED AS TO ECF NO. 26 ONLY; and it is further

ORDERED that Plaintiff's Motion Under Federal Rule of Civil Procedure 26(d)(1) for Leave to Serve Three Limited Interrogatories on NCMEC Before the Rule 26(f) Conference (ECF

No. 15) remains pending and remains set for hearing on September 25, 2026, at 10:00 a.m., in Alexandria Courtroom 301, before Magistrate Judge Ivan D. Davis; and it is further

ORDERED that Plaintiff's Motion for Leave to Appear Remotely at the September 25, 2026 Hearing (ECF No. 41) remains pending insofar as it concerns Plaintiff's appearance at the hearing on ECF No. 15; and it is further

ORDERED that Plaintiff's Motion for Leave to File Sur-Reply (ECF No. 43) remains pending and unaffected; and it is further

ORDERED that all other settings concerning ECF No. 15 remain unchanged.

It is SO ORDERED.

Alexandria, Virginia

Date: _______________, 2026

___________________________________

Ivan D. Davis
United States Magistrate Judge