FILED
09/08/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ECF NO. 26
AND REQUEST TO VACATE SEPTEMBER 25, 2026 HEARING
AS TO ECF NO. 26 ONLY**

PLEASE TAKE NOTICE that Plaintiff Marvelle J. Ballentine, proceeding pro se, hereby withdraws, in its entirety, Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d) (ECF No. 26), and requests that the September 25, 2026 hearing be vacated as to ECF No. 26 only. In support of this Notice, Plaintiff states as follows:

1. ECF No. 26 is Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d), filed August 21, 2026. By docket entry dated August 25, 2026, the Court set ECF No. 26 for hearing on September 25, 2026, at 10:00 a.m., in Alexandria Courtroom 301, before Magistrate Judge Ivan D. Davis, together with a separate motion, Plaintiff's Motion Under Federal Rule of Civil Procedure 26(d)(1) for Leave to Serve

Three Limited Interrogatories on NCMEC Before the Rule 26(f) Conference (ECF No. 15). See ECF Nos. 17, 28.

2. On September 3, 2026, Defendant Meta Platforms, Inc. filed its opposition to ECF No. 26. ECF No. 53. In that filing, Meta objects that ECF No. 26 attached only Plaintiff's supplemental allegations, incorporating the remainder of the First Amended Complaint by reference, rather than a copy of the proposed pleading in its entirety. ECF No. 53 at 3 n.1.

3. Plaintiff has elected to eliminate that procedural issue rather than litigate it. Plaintiff is contemporaneously filing Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), which presents one complete, integrated proposed pleading containing all amended and supplemental matter. Plaintiff does not concede that Meta's objection is correct.

4. Plaintiff therefore withdraws ECF No. 26 in its entirety. Plaintiff requests that the Clerk terminate ECF No. 26 as a pending motion and that the Court vacate the September 25, 2026 hearing as to ECF No. 26 only. The withdrawal has the following docket consequences, and no others:

(a) ECF No. 26 is withdrawn in its entirety;

(b) the September 25, 2026 hearing is to be vacated only insofar as that hearing concerns ECF No. 26;

(c) ECF No. 15 remains pending;

(d) the September 25, 2026 hearing on ECF No. 15 remains scheduled and unchanged;

(e) Plaintiff's Motion for Leave to Appear Remotely at the September 25, 2026 Hearing (ECF No. 41) remains pending insofar as it concerns ECF No. 15;

(f) Plaintiff's Motion for Leave to File Sur-Reply (ECF No. 43) remains pending and unaffected; and

(g) all other settings relating to ECF No. 15 remain unchanged.

5. ECF No. 15 is a separate motion under Federal Rule of Civil Procedure 26(d)(1) and is fully briefed. ECF Nos. 15, 16, 31, 33, 36, 46, 52. Nothing in this Notice withdraws, modifies, or otherwise affects ECF No. 15, the briefing on ECF No. 15, or the September 25, 2026 hearing on ECF No. 15.

6. Because the September 25, 2026 hearing was set by the Court's docket entry, Plaintiff submits a proposed order with this Notice so that the hearing is vacated as to ECF No. 26 only.

WHEREFORE, Plaintiff respectfully requests that the Court recognize the withdrawal of ECF No. 26, vacate the September 25, 2026 hearing as to ECF No. 26 only, and leave the September 25, 2026 setting for ECF No. 15 unchanged. A proposed order is submitted with this Notice.

Date: September 7, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2026, I submitted the following documents to the Clerk of Court for filing through the Court's Electronic Document Submission System (EDSS):

1. Plaintiff's Notice of Withdrawal of ECF No. 26 and Request to Vacate September 25, 2026 Hearing as to ECF No. 26 Only;
2. Proposed Order;
3. Certification Pursuant to Local Civil Rule 83.1(N) accompanying the Notice; and
4. this Certificate of Service.

I further certify that, upon the Clerk's docketing of the submission on the Court's Case Management/Electronic Case Filing (CM/ECF) system, a Notice of Electronic Filing will be transmitted to counsel of record for Defendants Katie Hall, National Center for Missing & Exploited Children, and Meta Platforms, Inc., who are registered users of that system and will be served through that means.

Date: September 7, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**CERTIFICATION PURSUANT TO**
**LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, any of the following documents:

1. Plaintiff's Notice of Withdrawal of ECF No. 26 and Request to Vacate September 25, 2026 Hearing as to ECF No. 26 Only;
2. Proposed Order;
3. the Certificate of Service accompanying the Notice; and
4. this Certification Pursuant to Local Civil Rule 83.1(N).

This certification applies to each and every document identified above.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant

Executed on: September 7, 2026