# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**DECLARATION OF MARVELLE J. BALLENTINE**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

I, Marvelle J. Ballentine, declare as follows:

1. I am the Plaintiff in this action. I make this Declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. My legal name is Marvelle J. Ballentine.

3. On July 4, 2022, Meta Platforms, Inc. invoked its Child Sexual Exploitation policy against the Facebook account that I operated.

4. The Facebook account against which Meta invoked that policy was operated by me under the name "Jay Ballentine."

5. Meta's July 4, 2022 enforcement action was not issued against an account operated by me under the name "Marvelle J. Ballentine."

6. Before April 22, 2026, I never used the name "Marvelle J. Ballentine" to create, register, identify, maintain, access, or operate any account on any product or service owned or operated by Meta Platforms, Inc. that I used.

7. I never used "Marvelle J. Ballentine" as a username, profile name, display name, account name, or other identity by which I identified myself on Facebook, Instagram, Threads, WhatsApp, Oculus, Meta Quest, or any other Meta product or service that I used.

8. I did not provide "Marvelle J. Ballentine" to Meta Platforms, Inc. as the name identifying me or any Meta account that I created, maintained, or operated.

9. In connection with my online identity, including my use of Meta products and services, I used the name "Jay Ballentine," rather than "Marvelle J. Ballentine."

10. To the extent "Marvelle J. Ballentine" appeared in the April 9, 2026 correspondence, subpoena materials, or other litigation materials that I transmitted to the National Center for Missing & Exploited Children, I included that name because it is my legal name and the name under which the underlying federal litigation was pending. I did not include that name because I had used it to identify or operate any Meta account.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on September 7, 2026.

Marvelle J. Ballentine
Plaintiff, *pro se*
1520 Belle View Blvd., Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com