**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), and Request for Expedited Determination on the Papers (the "Motion"). Having considered the Motion, the Memorandum in Support, the proposed Second Amended and Supplemental Complaint attached to the Motion as Exhibit A, the Declaration of Marvelle J. Ballentine attached as Exhibit B, and the briefing, and finding that leave should be freely given under Rule 15(a)(2) and that supplementation is appropriate under Rule 15(d), it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Second Amended and Supplemental Complaint attached to the Motion as Exhibit A is DEEMED FILED as of the date of this Order and is the operative complaint in this action; and it is further

ORDERED that the Clerk may, to the extent administratively necessary, docket the Second Amended and Supplemental Complaint separately as the operative pleading; and it is further

ORDERED that Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d) (ECF No. 26) is DENIED AS MOOT, the supplemental matter proposed therein having been incorporated into the Second Amended and Supplemental Complaint; and it is further

ORDERED that Plaintiff's Motion for Leave to File Sur-Reply (ECF No. 43) is DENIED AS MOOT, the Second Amended and Supplemental Complaint having replaced the First Amended Complaint to which the briefing underlying that request was directed; and it is further

ORDERED that Defendants shall respond to the Second Amended and Supplemental Complaint within the time prescribed by the Federal Rules of Civil Procedure or such other time as the Court directs.

It is SO ORDERED.

Alexandria, Virginia

Date: _______________, 2026

_________________________________

Ivan D. Davis

United States Magistrate Judge