IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-2331-(RDA/IDD) |

**ORDER**

This matter is before the Court on Plaintiff's Notice of Withdrawal of ECF No. 26 [Dkt. Nos. 57-58] ("Notice") and Request to Vacate September 25, 2026 Hearing as to ECF No. 26 [Dkt. Nos. 57-58] ("Request"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Notice and Request and for good cause shown, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d) [Dkt. No. 26] is considered WITHDRAWN. The Clerk is directed to terminate Dkt. No. 26 as a pending motion; It is further

**ORDERED** that Plaintiff's Request to vacate the September 25, 2026 hearing at 10:00 AM in Courtroom 301 solely with respect to Dkt. No. 26 is GRANTED. All other pending motions scheduled for September 25, 2026 at 10:00 AM in Courtroom 301 will remain as scheduled.

ENTERED this 9th day of September 2026.

/s/

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia