IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-2331-(RDA/IDD) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to Appear Remotely at the September 25, 2026 Hearing [Dkt. No. 41] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of Motion, it is hereby

**ORDERED** that Plaintiff's Motion is DENIED AS MOOT. The Court previously granted Plaintiff's Notice of Withdrawal of ECF No. 26 [Dkt. Nos. 57-58] and Plaintiff's Request to vacate the September 25, 2026 Hearing [Dkt. Nos. 57-28], and thus, oral argument as to Plaintiff's Withdrawn Motion [Dkt. No. 26] is not necessary; It is further

**ORDERED** that the September 25, 2026 Motion Hearing on Plaintiff's Motion for Leave to Serve Three Limited Interrogatories on NCMEC before the Rule 26(f) Conference ("Plaintiff's Interrogatories Motion") [Dkt. No. 15] at 10:00 AM in Courtroom 301 is TERMINATED. The undersigned deems a Motion hearing is not necessary and will resolve Plaintiff's Interrogatories Motion on the papers; It is further

**ORDERED** that, should any party utilize generative artificial intelligence for the preparation of any filing submitted to this Court, that party must identify the use of the generative artificial intelligence in the filing as well as provide a certification that said party has reviewed all citations for accuracy.

The Clerk is directed to forward a copy of this Order to all counsel of record.

ENTERED this 9th day of September 2026.

/s/

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia