IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-2331-(RDA/IDD) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d) and Request for Expedited Determination on the Papers ("Motion") [Dkt. No. 59]. Upon consideration of the Motion and the Proposed Amended Complaint [Dkt. Nos. 59-1, 60-1], this Court finds that it does not possess sufficient information to issue an Order on this matter. Accordingly, it is hereby

**ORDERED** that Plaintiff must provide a redlined version of the Amended Complaint [Dkt. Nos. 59-1, 60-1], no later than September 11, 2026. This redlined version of the Amended Complaint must clearly indicate the changes, deletions, and additions that were made to Plaintiff's Complaint [Dkt. No. 1].

ENTERED this 9th day of September 2026.

/s/

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia