IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-2331-(RDA/IDD) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave under Federal Rule of Civil Procedure 26(d)(1) For Leave to Serve Four Limited Interrogatories on Meta Platforms, Inc. Before the Rule 26(f) Conference [Dkt. No. 54] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of Motion, it is hereby

**ORDERED** that the September 25, 2026 Motion Hearing on Plaintiff's Motion at 10:00 AM in Courtroom 301 is TERMINATED. The undersigned deems a Motion hearing is not necessary and will resolve Plaintiff's Motion on the papers; It is further

**ORDERED** that pursuant to Local Civil Rule 7(E) Defendant Meta Platforms, Inc.'s Response to Plaintiff's Motion is due no later than September 17, 2026, and Plaintiff's Reply is due no later than September 23, 2026; It is further

**ORDERED** that, should any party utilize generative artificial intelligence for the preparation of any filing submitted to this Court, that party must identify the use of the generative artificial intelligence in the filing as well as provide a certification that said party has reviewed all citations for accuracy.

The Clerk is directed to forward a copy of this Order to all counsel of record.

ENTERED this 10th day of September 2026.

/s/

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia