**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PROPOSED INTERIM ORDER**

This matter is before the Court on Plaintiff's Rule 72(a) Objections to ECF Nos. 63–65 and Motion to Set Aside ECF No. 64, Suspend Enforcement and Discovery Briefing, and Restore Oral Argument Following Determination of ECF No. 59 (the "Objections"), and on Plaintiff's request for interim relief pending determination of the Objections. The Court has considered the Objections, the Memorandum in Support, and the declaration submitted with them.

The Court finds as follows. The Objections were timely filed under Fed. R. Civ. P. 72(a). The Objections present a documented question concerning the notice Plaintiff received of ECF No. 64 before the September 11, 2026 date set by that order. Defendant Meta's response to ECF No. 54 is due September 17, 2026 under ECF No. 65, and Plaintiff's request to adjust that deadline precedes its expiration. Interim relief preserves consideration of Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint (ECF No. 59) without an intervening adverse

consequence based on September 11 nonperformance, and preserves the sequencing relief requested in the Objections. The interim relief preserves the identified proceedings pending determination of the Objections and an express ruling on Plaintiff's request for continuing abeyance tied to ECF No. 59 and the resulting briefing, and works no prejudice to any party. Accordingly, it is hereby

ORDERED that enforcement of ECF No. 64 is SUSPENDED pending determination of the Objections, and that ECF No. 59 shall not be denied, deemed abandoned, excluded from consideration, or otherwise adversely treated on the basis that no comparison document was provided by September 11, 2026; it is further

ORDERED, pursuant to Fed. R. Civ. P. 6(b)(1)(A), that the September 17, 2026 and September 23, 2026 deadlines set by ECF No. 65 are SUSPENDED pending further order expressly addressing the replacement briefing schedule; it is further

ORDERED that determination of ECF Nos. 15 and 54 is HELD IN ABEYANCE pending determination of the Objections and an express ruling on Plaintiff's request for continuing abeyance through determination of ECF No. 59 and the resulting briefing. Both discovery motions remain pending, and their existing submissions are preserved; it is further

ORDERED that ECF No. 59 shall remain available for determination and shall not be deemed withdrawn, abandoned, or bypassed on the basis of September 11 nonperformance. Nothing in this Order stays briefing on or determination of ECF No. 59; and it is further

ORDERED that this Order is entered on the papers as to the interim application only and does not determine the Objections or the requests for oral argument on ECF Nos. 15 and 54.

The Clerk is directed to send a copy of this Order to Plaintiff at his address of record and to all counsel of record.

ENTERED this ___ day of September 2026.
Alexandria, Virginia

Rossie D. Alston, Jr.
United States District Judge