**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**DECLARATION OF MARVELLE J. BALLENTINE REGARDING NOTICE OF ECF NOS. 62–65**

I, Marvelle J. Ballentine, declare as follows.

1. I am the Plaintiff in this action. I am over eighteen years of age. I make this declaration on personal knowledge. I submit it in support of my Rule 72(a) Objections to ECF Nos. 63–65 and the accompanying Motion.

2. I proceed pro se in this action. I prepare and submit my own filings.

3. I am not a registered user of the Court's Case Management/Electronic Case Filing system. I have not consented to electronic service. I do not receive Notices of Electronic Filing. The Court serves orders on me by mail addressed to 1520 Belle View Blvd, Ste. #5847, Alexandria, Virginia 22307, which is my address of record. That address is a commercial mail-receiving agency.

4. I supplement mail service with periodic review of the public docket. At my direction, a person acting on my behalf accesses PACER and uploads documents from this docket to the RECAP archive on CourtListener. I maintain a CourtListener docket alert for this action. In my experience, a CourtListener alert issues only when a document is added to the RECAP archive for the docket. I receive no other electronic notification of docket activity in this action.

5. My last submission to the Court before the orders addressed in this declaration was made through the Electronic Document Submission System on September 7, 2026. The Clerk docketed that submission on September 8, 2026 as ECF Nos. 57 through 61.

6. From about September 7, 2026 through the afternoon of September 11, 2026, I was unwell and did not work on this action. At my direction, no docket review occurred during that period.

7. On the evening of September 11, 2026, I resumed work on this action. I understood the September 25, 2026 hearing before Magistrate Judge Davis to remain scheduled as to ECF No. 15 and ECF No. 54. I intended to prepare for that hearing and to decide whether to arrange travel to Alexandria pending a ruling on my Motion for Leave to Appear Remotely (ECF No. 41). I requested that the docket be reviewed and that any new documents be uploaded to the RECAP archive.

8. At about 9:09 p.m. Eastern Time on September 11, 2026, I received a CourtListener alert for this action. I then opened the CourtListener docket page for this action. That was the first time I learned of ECF Nos. 62, 63, 64, and 65.

9. Before the alert described in paragraph 8, I had no knowledge of ECF No. 64, of any requirement to provide a redlined comparison, or of any September 11, 2026 deadline.

10. As of the execution of this declaration, I have not received a mailed copy of ECF No. 62, 63, 64, or 65 at my address of record.

11. I file documents in this action through the Court's Electronic Document Submission System. Using that system has not enrolled me in electronic noticing. My accepted submissions have been marked filed as of the date I submitted them.

12. Generative artificial intelligence assisted with the form of this declaration. The factual statements are my own and are based on my personal knowledge. I have reviewed the record references in this declaration for accuracy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2026.

Marvelle J. Ballentine