UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-2331 (RDA/IDD) |

**NOTICE**

This matter is before the Court on *pro se* Plaintiff Marvelle J. Ballentine's Motion for Leave to File Sur-Reply. Dkt. 43. The Court has dispensed with oral argument because it would not aid in the decisional process. Fed. R. Civ. P. 78(b); Local Civil Rule *7(1).* Upon consideration of Plaintiff's Motion (Dkt. 43) and Memorandum in Support (Dkt. 44), and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion for Leave to File Sur-Reply is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Proposed Sur-Reply, attached to the Motion as Exhibit A, is DEEMED FILED as of the date of this Order.

It is SO ORDERED.

The Clerk's Office is directed to provide a copy to *pro se* Plaintiff at his last known address.

Alexandria, Virginia
September 17, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge