**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**EXHIBIT A**

**NOTICE OF SUBSEQUENT RECORD DEVELOPMENT RELEVANT TO PENDING RULE 72(a) OBJECTIONS**

Plaintiff Marvelle J. Ballentine provides notice of a subsequent record development bearing on his pending Rule 72(a) Objections. ECF No. 66.

1. ECF No. 66 challenges, among other matters, the requirement in ECF No. 64 that Plaintiff provide a redlined comparison of the proposed Second Amended and Supplemental Complaint.

2. On September 18, 2026, after the objections were filed, Defendants Katie Hall and NCMEC filed ECF No. 74. ECF No. 74 states that, “despite numerous efforts, undersigned counsel has been unable to ‘reverse-engineer’ a redline comparison of the two documents via either Adobe

or Word." ECF No. 74 at 4. ECF No. 74 also states that "the format of the factual allegations have changed." ECF No. 74 at 5.

3. Plaintiff encountered the same practical difficulty. The two documents do not have the textual relationship produced by discrete tracked amendments.

4. This Notice seeks no relief beyond that requested in ECF No. 66. It is submitted so that the Court may consider this development in resolving the pending objections.

Date: September 18, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com