**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**PROPOSED ORDER GRANTING LEAVE TO FILE NOTICE OF SUBSEQUENT RECORD DEVELOPMENT**

This matter is before the Court on Plaintiff's Motion for Leave to File Notice of Subsequent Record Development Relevant to Pending Rule 72(a) Objections. The Court has considered the Motion and the Memorandum in Support. For good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Notice of Subsequent Record Development attached to the Motion as Exhibit A is deemed filed and shall be considered with Plaintiff's pending Rule 72(a) Objections, ECF No. 66.

It is SO ORDERED.

ENTERED this ___ day of ______________, 2026.

Alexandria, Virginia

______________________________
Rossie D. Alston, Jr.
United States District Judge