**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,
*Defendants.*

**PROPOSED ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ECF NO. 15**

This matter is before the Court on Plaintiff's Motion for Leave to File a Supplemental Memorandum in Support of His Rule 26(d)(1) Motion, ECF No. 15, Addressing NCMEC's September 18, 2026 Filing. The Court has considered the Motion and the Memorandum in Support. For good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Supplemental Memorandum attached to the Motion as Exhibit A is deemed filed and shall be considered with ECF No. 15; and it is further

ORDERED that any responsive submission shall be filed as the Court directs; and it is further

ORDERED that adjudication of the discovery requested in ECF No. 15 remains reserved for the Court's ruling on that motion.

It is SO ORDERED.

ENTERED this ___ day of _______________, 2026.

Alexandria, Virginia

________________________________
Ivan D. Davis
United States Magistrate Judge