FILED
9/18/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**NOTICE OF WAIVER OF ORAL ARGUMENT AS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM**

Plaintiff waives oral argument on Plaintiff's Motion for Leave to File a Supplemental Memorandum in Support of His Rule 26(d)(1) Motion, ECF No. 15, and requests that the Court determine the motion on the papers under Local Civil Rule 7(J).

This notice addresses only the present motion for leave. This notice does not modify any pending request concerning oral argument on ECF No. 15 or ECF No. 54, including the relief requested in ECF Nos. 66–68.

Date: September 18, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com