IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-2331 (RDA/IDD) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File a Supplemental Memorandum in Support of his Rule 26(d) Motion, ECF No. 15, Addressing NCMEC's September 18, 2026 Filing [Dkt. No.78] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of Motion, it is hereby

**ORDERED** that Plaintiff's Motion [Dkt. No. 78] is **GRANTED**. The Court will accept Plaintiff's Motion as a Reply to both (1) Defendant National Center for Missing & Exploited Children's ("NCMEC") Opposition to Plaintiff's Motion for Leave to Serve Limited Discovery Under Rule 26(d)(1) [Dkt. No. 33] and (2) Defendant Katie Hall and NCMEC's Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint [Dkt. No. 74], as Plaintiff addresses two separate oppositions by Defendants in Plaintiff's Motion and Proposed Supplemental Memorandum [Dkt Nos. 78, 78-1]. It is further

**ORDERED** that, should any party utilize generative artificial intelligence for the preparation of any filing submitted to this Court, that party must identify the use of the generative artificial intelligence in the filing as well as provide a certification that said party has reviewed all citations for accuracy.

The Clerk is directed to forward a copy of this Order to all counsel of record.

ENTERED this 22nd day of September 2026.

/s/

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia