IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARVELLE J. BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-2331 (RDA/IDD) |

**ORDER**

These matters are before the Court on Plaintiff's Motion under Federal Rule of Civil Procedure 26(d)(1) for Leave to Serve Three Limited Interrogatories on NCMEC Before the Rule 26(f) Conference ("Motion to Serve Three Interrogatories") [Dkt. No. 15], Plaintiff's Motion under Federal Rule of Civil Procedure 26(d)(1) for Leave to Serve Four Limited Interrogatories on Meta Platforms, Inc, Before the Rule 26(f) Conference ("Motion to Serve Four Interrogatories") [Dkt. No. 54], and Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), and Request for Expedited Determination on the Papers ("Motion for Leave to File Second Amended Complaint") [Dkt. No. 59] (collectively "the Motions"). Upon consideration of the Motions, it is hereby

**ORDERED** that Plaintiff's Motions to Serve Three Interrogatories [Dkt. No. 15] and Motion to Serve Four Interrogatories [Dkt. No. 54] are **DENIED as premature**. The Court interprets these Motions as requests for expedited discovery concerning Defendants National Center for Missing & Exploited Children ("NCMEC") and Meta Platforms, Inc., respectively. At this time, the Court cannot issue an order concerning Plaintiff's Motions because discovery has not officially begun in this case. Pursuant to the Federal Rules of Civil Procedure, discovery

officially begins when the District Judge issues a Scheduling Order and currently there is no Scheduling Order in this case. It is further

**ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint [Dkt. No. 59] is **DENIED**. Plaintiff was given ample opportunity to comply with the Court's September 9, 2026 Order [Dkt. No. 64] by producing a redlined Second Amended Complaint but has failed to do so as of the date of this Order.

ENTERED this 7th day of October 2026.

/s/

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia