**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**DECLARATION OF MARVELLE J. BALLENTINE IN SUPPORT OF PLAINTIFF'S MOTION TO DISQUALIFY MAGISTRATE JUDGE IVAN D. DAVIS**

I, Marvelle J. Ballentine, declare as follows:

1. I am the Plaintiff in this action. I proceed pro se. I have personal knowledge of the facts stated in this Declaration.

2. After the Order entered October 7, 2026 (ECF No. 84), I learned that the annual financial disclosure reports of Magistrate Judge Ivan D. Davis for calendar years 2024 and 2025 list an asset described as "FB common stock." I had no knowledge of that reported holding when ECF No. 84 was entered or at any earlier point in this action. I prepared this Declaration and the Motion it supports promptly after learning of it.

3. I obtained both reports from the Financial Disclosure Reports database maintained by the Administrative Office of the United States Courts and made available to the public on the federal judiciary's website.

4. Exhibit A to the Motion is a true and correct copy of the report for calendar year 2025 as I retrieved it from that database. Exhibit B to the Motion is a true and correct copy of the report for calendar year 2024 as I retrieved it from that database. I have not altered either document.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 13, 2026.



Marvelle J. Ballentine
Plaintiff, *pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com