# EXHIBIT A

Financial Disclosure Report (AO Form 10)

Annual Report for Calendar Year 2025

Filer: Davis, Ivan; U.S. District Court – Virginia Eastern; Magistrate Judge

Electronically signed May 14, 2026 and May 26, 2026

Four pages, as produced by the Administrative Office of the United States Courts

**Annual, 2025**

## Financial Disclosure Report (AO Form 10)

---

**Filer's Information**
**Davis, Ivan**
U.S. District Court - Virginia Eastern
Magistrate Judge

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. Â§ 13141 et. seq., 5 U.S.C. Â§ 7353, and Judicial Conference regulations.

**/s/ Davis, Ivan [electronically signed on May 26, 2026 9:57am by Davis, Ivan in JEFS]**
**/s/ Davis, Ivan [electronically signed on May 14, 2026 1:34pm by Davis, Ivan in JEFS]**

---

### I. Positions

| | ORGANIZATION/ENTITY NAME | ORGANIZATION/ENTITY TYPE | POSITION HELD |
|---|---|---|---|
| 1. | Davis Familytree Holdings LLC | Limited Liability Company | Member |
| | **Additional Explanation**: No reportable assests | | |
| 2. | Estate Administrator Estate #1 | Other: Administrator of father's estate | Estate Administrator Estate #1 |
| | **Additional Explanation**: No reportable assets | | |

### II. Agreements

I do not have any Agreements to report
No entries in this section

### III A. Filer Non-Investment Income

I do not have any Filer Non-Investment Income to report
No entries in this section

### III B. Spouse Non-Investment Income

| | SOURCE | DESCRIPTION | HONORARIUM | HONORARIUM AMOUNT | HONORARIUM DATE |
|---|---|---|---|---|---|
| 1. | self-employed piano teacher | | | $0.00 | |
| 2. | substitute teacher aide for Mary Williams Elementary School, Prince William County, VA | | | $0.00 | |

### IV. Reimbursements

I do not have any Reimbursements to report
No entries in this section

## V. Gifts

I do not have any Gifts to report
No entries in this section

## VI. Liabilities

| | CREDITOR NAME | TYPE OF LIABILITY | VALUE |
|---|---|---|---|
| 1. | Barclay's US | Credit Card | $1 - $15,000 |

## VII. Investments and Trusts

| | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD |
|---|---|---|---|---|---|
| 1. | **Bank of America accounts** | $1,000 or less | Interest | $100,001 - $250,000 | Cash/Market |
| 2. | **Janus Global Research Fund** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 3. | **Janus Research Fund** | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash/Market |
| 4. | **CSCO common stock** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 5. | **QCOM common stock** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 6. | **FB common stock** | $1,000 or less | Dividend | $15,001 - $50,000 | Cash/Market |
| 7. | **Farmland and Treeland, Emporia, VA** | | None | $250,001 - $500,000 | Estimated |
| 8. | **Lakeside land, Halifax County, NC** | | None | $15,001 - $50,000 | Estimated |
| 9. | **Rental Property, Emporia, VA (appraised Dec 2025, appx $123,000)** | | None | $100,001 - $250,000 | Appraisal |
| | **Additional Explanation**: Property assessed @ approximately $123,000 | | | | |
| 10. | **U.S. Treasury Savings Bonds** | | None | $15,000 or less | Cash/Market |
| 11. | **Oakmark Intl FD mutual fund** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 12. | **Proshares Ultra S&P 500 exchange traded fund** | $1,000 or less | Dividend | $15,001 - $50,000 | Cash/Market |
| 13. | **Wyndham Vacations Time Share, Orlando, FL** | | None | $100,001 - $250,000 | Estimated |
| 14. | **Navy Federal Credit Union** | $1,000 or less | Interest | $50,001 - $100,000 | Cash/Market |
| 15. | **Virginia Invest529 2030** | | None | $50,001 - $100,000 | Cash/Market |
| 16. | **AAPL common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 17. | **NVDA common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 18. | **SPDR S&P 500 exchange traded fund (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD |
|---|---|---|---|---|
| 19. **APD common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 20. **AEP common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 21. **BAC common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 22. **BA common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 23. **D common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 24. **CAT common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 25. **HON common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 26. **INTC common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 27. **JPM common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 28. **MDT common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 29. **PH common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 30. **PEP common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 31. **PFE common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 32. **CRM common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 33. **UNH common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 34. **VTRS common stock (X)** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |
| 35. **SPDR S&P dividend exchange traded fund (X)** | $1,000 or less | dividend | $15,000 or less | Cash/Market |
| 36. **Charles Schwab IRA (X) - cash** | $1,000 or less | Interest | $15,000 or less | Cash/Market |
| 37. **Stock/GE Healthcare Techno** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |

| Transactions | Transaction Type | Transaction Date | Transaction Value |
|---|---|---|---|
| (1). | Sold (part) | Aug 21, 2025 | $1,000 - $15,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD |
|---|---|---|---|---|
| 38. **Stock/Iridium Communicatio** | $1,000 or less | Dividend | | Cash/Market |

| Transactions | Transaction Type | Transaction Date | Transaction Value |
|---|---|---|---|
| (1). | Sold | Aug 21, 2025 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD |
|---|---|---|---|---|
| 39. **Stock/Palantir Technologie A** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |

| Transactions | Transaction Type | Transaction Date | Transaction Value |
|---|---|---|---|
| (1). | Buy | Aug 21, 2025 | $1,000 - $15,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD |
|---|---|---|---|---|
| 40. **Stock/UnitedHealth Group \|** | $1,000 or less | Dividend | $15,000 or less | Cash/Market |

| Transactions | Transaction Type | Transaction Date | Transaction Value |
|---|---|---|---|
| (1). | Buy | Aug 21, 2025 | $1,000 - $15,000 |

## VIII. Additional Information or Explanations

**ADDITIONAL INFORMATION OR EXPLANATION**

1. All previously held assets in estate were distributed to heirs on or before May 4, 2025