**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Ivan D. Davis

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**[PROPOSED] ORDER OF DISQUALIFICATION AND TRANSFER**

This matter is before the Court on Plaintiff's Motion to Disqualify Magistrate Judge Ivan D. Davis Under 28 U.S.C. § 455(b)(4) and § 455(a), and for Priority Determination (the "Motion"), the Memorandum in Support, Exhibits A and B, and the Declaration of Marvelle J. Ballentine. Plaintiff has waived oral argument, and the Court determines the Motion on the papers under Local Civil Rule 7(J) and Federal Rule of Civil Procedure 78(b).

Upon consideration of the Motion and the record, and upon the undersigned's review of the undersigned's personal financial interests under 28 U.S.C. § 455(c), the Court states for the record that the asset reported as "FB common stock" on the undersigned's financial disclosure reports for calendar years 2024 and 2025 is common stock of Defendant Meta Platforms, Inc.; that the undersigned held that interest directly, and not through a mutual or common investment fund within the meaning of 28 U.S.C. § 455(d)(4)(i), during the undersigned's participation in this

action, including on the dates on which ECF Nos. 62, 63, 64, 65, 82, and 84 were entered; and that the conditions of 28 U.S.C. § 455(f) have not been satisfied. Accordingly, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the undersigned is DISQUALIFIED from further participation in this action under 28 U.S.C. § 455(b)(4) and, independently, under 28 U.S.C. § 455(a); it is further

ORDERED that the Clerk shall reassign all matters referred to the undersigned in this action to another Magistrate Judge of this Court in accordance with the Court's assignment procedures, or return those matters to the District Judge as the District Judge may direct; it is further

ORDERED that the undersigned shall take no further action in this matter other than the ministerial steps necessary to effect this Order; it is further

ORDERED that nothing in this Order determines the retrospective relief requested by Plaintiff from the District Judge concerning any order previously entered by the undersigned; and it is further

ORDERED that the Clerk shall forward a copy of this Order to all counsel of record and to Plaintiff.

ENTERED this ____ day of ____________, 2026.

Alexandria, Virginia

________________________________ Ivan D. Davis United States Magistrate Judge