**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-IDD
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**[PROPOSED] INTERIM ORDER ON PLAINTIFF'S REQUEST FOR INTERIM RELIEF PENDING DETERMINATION OF HIS RULE 72(a) OBJECTIONS TO ECF NO. 84**

This matter is before the Court on the request for interim relief contained in Plaintiff's Rule 72(a) Objections to ECF No. 84 and Motion to Set Aside the Amendment and Discovery Denials and for Coordinated Determination of the Pending Objections (ECF No. ___). Having considered the request, the pending objections at ECF Nos. 66 and 67 with their supporting memorandum at ECF No. 68, the motion at ECF No. 76, and the record, and for the reasons stated in Plaintiff's Memorandum in Support, it is hereby

ORDERED that enforcement of the comparison requirement in the Order entered September 9, 2026 (ECF No. 64) is SUSPENDED pending the Court's determination of ECF Nos. 66, 67, and 76 and of Plaintiff's objections to ECF No. 84 (ECF No. ___). This suspension does not vacate ECF No. 84 and does not itself grant ECF No. 59; it is further

ORDERED that, while the suspension in the preceding paragraph operates, Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint (ECF No. 59) and the proposed pleading at ECF No. 59-1 shall not be denied, stricken, deemed abandoned, excluded, or otherwise adversely treated on the ground of nonproduction of the comparison directed by ECF No. 64; it is further

ORDERED that the amendment-related issues presented in ECF Nos. 66, 67, and 76 and in Plaintiff's objections to ECF No. 84 shall be determined before, or expressly within, any disposition of the pending motions to dismiss (ECF Nos. 10, 21, and 45) that would terminate a claim and that depends on the identity of the operative pleading. Those motions remain pending, and all briefing on them remains of record; it is further

ORDERED that the discovery objections presented in Plaintiff's objections to ECF No. 84 shall be determined before, or expressly within, any adjudication that relies on the factual premises addressed by the interrogatories at ECF Nos. 15-1 and 54-1. This paragraph does not reach issues that do not depend on those premises; it is further

ORDERED that ECF Nos. 59, 59-1, 59-2, 60, 61, 74, 78, 78-1, and 83, and ECF Nos. 15, 15-1, 16, 31, 33, 36, 46, 52, 54, 54-1, 55, 73, and 81, remain of record as authorized submissions on the matters to which they are directed; it is further

ORDERED that the Court may determine the matters identified in this Order together in a single order; it is further

ORDERED that the fifth objection presented in Plaintiff's objections to ECF No. 84, which rests on the financial disclosure reports submitted as Exhibits A and B to Plaintiff's Motion to Disqualify Magistrate Judge Ivan D. Davis, and Plaintiff's Motion for Targeted Vacatur of ECF Nos. 64 and 84, Withdrawal or Modification of the Magistrate-Judge Referral, and Related Interim

Relief (ECF No. ___) are preserved for coordinated determination. Nothing in this Order treats ownership of the reported interest during the Magistrate Judge's participation, or disqualification under 28 U.S.C. § 455, as established, and nothing in this Order determines the disqualification motion pending before the Magistrate Judge; it is further

ORDERED that all other proceedings in this action are unaffected by this Order; it is further

ORDERED that the suspension in the first decretal paragraph expires upon entry of an order determining the comparison requirement in ECF No. 64 and specifying its operative effect; that the protection in the second decretal paragraph continues until ECF No. 59 is determined; and that the sequencing directions in the third and fourth decretal paragraphs expire upon entry of the order determining Plaintiff's objections to ECF No. 84.

The Clerk is DIRECTED to send a copy of this Order to Plaintiff at his address of record and to all counsel of record.

It is so ORDERED.

Alexandria, Virginia
________________, 2026

______________________________
Rossie D. Alston, Jr.
United States District Judge