IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-2331 (RDA/IDD) |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Disqualify Magistrate Judge Ivan D. Davis Under 28 U.S.C. § 455(b)(4) and § 455(a), and for Priority Determination [Dkt. No. 86] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of Motion, it is hereby

**ORDERED** that Plaintiff's Motion is DENIED AS MOOT. The case has been reassigned to Magistrate Judge William E. Fitzpatrick.

ENTERED this 22nd day of October 2026.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia