**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-WEF
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

**ORDER**

This matter is before the Court on Plaintiff's Motion for Entry of a Scheduling Order and, as Necessary, an Initial Pretrial Conference (ECF __). The Court has considered the Motion, the memorandum, and any response and reply.

It is hereby ORDERED that the Motion is GRANTED as follows.

1. A scheduling conference under Fed. R. Civ. P. 16(b)(1)(B) and Local Civil Rule 16(B) is set for __________, 2026, at ____, before __________, [in Courtroom __ / by telephone or video].

2. Under Fed. R. Civ. P. 26(f)(1), 26(f)(4), and Local Civil Rule 26(A)(1), the parties shall confer under Fed. R. Civ. P. 26(f) no later than seven days before the conference. The parties shall file a written Rule 26(f) report no later than three days before the conference. The report may state agreed positions and separately identified positions of each party on each subject

in Rule 26(f)(3). Agreement on every subject is not a condition of entry of the scheduling order. Oral reporting at the conference is permitted only if the Court, by further order, excuses the written report.

3. If a Rule 26(f) report is filed before the conference and the Court determines that the report is sufficient, the Court may enter the scheduling order on the report and vacate the conference.

4. The Court shall enter the scheduling order at the conference or within seven days after it. The scheduling order shall limit the time to join other parties, amend the pleadings, complete discovery, and file motions, Fed. R. Civ. P. 16(b)(3)(A), and shall fix the discovery cut-off, the date of the final pretrial conference, and, where practicable, the trial date, Local Civil Rule 16(B).

5. This Order directs conference preparation. It makes no finding concerning any party's participation in the Rule 26(f) process to date.

6. Nothing in this Order adjudicates the pending objections or applications concerning ECF 84 or ECF 96, and no such request is withdrawn by the Motion.

It is SO ORDERED.

Alexandria, Virginia
__________, 2026

______________________________
Rossie D. Alston, Jr.
United States District Judge