**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

Case No. 1:26-cv-02331-RDA-WEF
The Honorable Judge
Rossie D. Alston Jr.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*

# ORDER

This matter is before the Court on Plaintiff's Motion for an Order Directing Completion of the Rule 26(f) Conference and Submission of a Discovery Plan (ECF __). The Court has considered the Motion, the memorandum, the Declaration of Marvelle J. Ballentine with exhibits, and any response and reply.

It is hereby ORDERED that the Motion is GRANTED as follows.

1. **Participants.** Plaintiff and counsel of record for Defendants National Center for Missing & Exploited Children, Katie Hall, and Meta Platforms, Inc. shall participate in and complete the conference required by Fed. R. Civ. P. 26(f).

2. **Format.** The conference shall proceed by substantive written exchange on each subject identified in Fed. R. Civ. P. 26(f)(2)–(3), unless the Court directs otherwise.

3. **Completion date.** The conference shall be completed no later than 14 days after entry of this Order.

4. **Report date.** The parties shall file the written discovery-plan report within 14 days after completing the conference and no later than 18 days after entry of this Order, unless the Court expressly sets a different reporting deadline.

5. **Report contents.** The report shall state the parties' agreed proposals and each party's separately attributed position on each subject in Fed. R. Civ. P. 26(f)(3), including any proposed sequencing or phasing of discovery, any requested postponement of discovery and the grounds for it, and any proposed protective or scheduling terms. The report shall not portray any party's disagreement or silence as assent. A party that declines to address a subject shall be identified as having declined.

6. **Incomplete participation.** If the conference remains incomplete, the parties shall file a joint status report by the reporting deadline. A party unable to obtain a joint report shall file its own report by that deadline. Each report shall identify the participation, exchanges, and remaining obstacle. A status report does not constitute completion of the conference, extend the completion deadline, or excuse further participation.

7. **Relationship to other orders.** The deadlines in this Order govern unless another order of the Court expressly sets different dates for the parties' Rule 26(f) conference or report. If the Court sets a scheduling conference under Fed. R. Civ. P. 16(b) by order on Plaintiff's Motion for Entry of a Scheduling Order (ECF __) or otherwise, any coordinated conference and reporting dates shall be calculated from the date of that scheduling conference as actually set and shall be achievable after entry of the order setting them. The pendency of Plaintiff's Motion for Entry of a Scheduling Order does not postpone compliance with this Order. The preparatory intervals under

Fed. R. Civ. P. 26(f)(1) and 26(f)(4) and Local Civil Rule 26(A)(1) are shortened to the extent necessary to meet the dates set by this Order or by any such order.

8. **Existing matters.** Nothing in this Order adjudicates any pending motion, defense, or objection, including the pending motions to dismiss (ECF 10, 21, 45) and the pending objections and applications concerning ECF 84 and ECF 96, and nothing in this Order modifies any existing order except as expressly provided. Participation in the conference does not waive any defense, including any asserted immunity, and does not require any party's agreement with any other party's proposal.

It is SO ORDERED.

Alexandria, Virginia
__________, 2026

______________________________
William E. Fitzpatrick
United States Magistrate Judge