**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1-6,

*Defendants.*

Case No. 1:26-cv-2331-RDA-WEF

# ORDER

This matter comes before the Court on *pro se* Plaintiff's (i) Motion for Entry of a Scheduling Order and, as necessary, an Initial Pretrial Conference and (ii) Motion for an Order Directing Completion of the Rule 26(f) Conference and Submission of a Discovery Plan. (Dkts. 103, 105). Plaintiff seeks multiple forms of relief. First, Plaintiff requests entry of a scheduling order. Second, Plaintiff requests an order directing the parties to complete a Rule 26(f) conference and file respective discovery plans. Third, Plaintiff requests an initial pretrial conference. Fourth, if any of these steps are postponed, Plaintiff requests that the order state the date or event on which scheduling will next be addressed. In deference to Plaintiff's *pro se* status, the Court will liberally construe his filings. *See Erickson v. Pardus*, 551 U.S. 89 (2007). However, even applying this liberal standard, Plaintiff has not established that he is entitled to the relief he seeks.

There are three pending motions to dismiss in this matter. The last of which was filed on September 2, 2026. *See* Dkts. 10, 21, & 45. "Given that Rule 16 Scheduling Orders initiate discovery obligations, it is standard for courts to wait until any preliminary motions such as

motions to dismiss or to remand are resolved to avoid expensive or otherwise burdensome discovery on potentially frivolous claims." *Gurri Rubio v. Mullin*, No. 25-CV-2756-ABA, 2026 WL 1194557, at *3 (D. Md. May 1, 2026). Here, the record reflects that the District Judge has chosen to refrain from beginning any discovery until resolution of the pending motions to dismiss. Accordingly, Plaintiff's Motions (Dkts. 103, 105) are **DENIED without prejudice**.

**ENTERED** this 29th day of October, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE