**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE, **Case No.** 1:26-cv-02331

*Plaintiff,*

v.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*
_______________________________________/

**DECLARATION OF MARVELLE J. BALLENTINE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

I, Marvelle J. Ballentine, declare as follows:

1. I am the Plaintiff in this action. I proceed pro se. I make this Declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. I make this Declaration to state facts concerning my legal name and my Meta accounts, to state facts concerning Defendant Panayiota Souras, and to identify Exhibits A, B, and C to the Motion.

3. My legal name is Marvelle J. Ballentine.

4. On July 4, 2022, Meta Platforms, Inc. invoked its Child Sexual Exploitation policy against the Facebook account that I operated.

5. The Facebook account against which Meta invoked that policy was operated by me under the name "Jay Ballentine."

6. Meta's July 4, 2022 enforcement action was not issued against an account operated by me under the name "Marvelle J. Ballentine."

7. Before April 22, 2026, I never used the name "Marvelle J. Ballentine" to create, register, identify, maintain, access, or operate any account on any product or service owned or operated by Meta Platforms, Inc. that I used.

8. I never used "Marvelle J. Ballentine" as a username, profile name, display name, account name, or other identity by which I identified myself on Facebook, Instagram, Threads, WhatsApp, Oculus, Meta Quest, or any other Meta product or service that I used.

9. I did not provide "Marvelle J. Ballentine" to Meta Platforms, Inc. as the name identifying me or any Meta account that I created, maintained, or operated.

10. In connection with my online identity, including my use of Meta products and services, I used the name "Jay Ballentine," rather than "Marvelle J. Ballentine."

11. To the extent "Marvelle J. Ballentine" appeared in the April 9, 2026 correspondence, subpoena materials, or other litigation materials that I transmitted to the National Center for Missing & Exploited Children, I included that name because it is my legal name and the name under which the underlying federal litigation was pending. I did not include that name because I had used it to identify or operate any Meta account.

12. The First Amended Complaint (ECF No. 5) identified among the John/Jane Doe Defendants "the NCMEC personnel who approved the issuance of the April 22, 2026 letters." ECF No. 5 ¶ 25. The proposed Second Amended Complaint alleges, on information and belief, that Souras participated in the approval or authorization described in ECF No. 5 ¶ 25.

13. I discovered Souras's connection to Orrick, Herrington & Sutcliffe LLP this past weekend during deeper research.

14. Exhibit A to the Motion is the complete proposed Second Amended Complaint. It is one document. It incorporates no prior pleading by reference.

15. Exhibit B to the Motion is a comparison of the text of Exhibit A against the text of the Complaint (ECF No. 1). It marks each addition to and each deletion from the Complaint.

16. Exhibit C to the Motion is a comparison of the text of Exhibit A against the text of the First Amended Complaint (ECF No. 5). It marks each addition to and each deletion from the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on November 1, 2026.

Marvelle J. Ballentine

## GENERATIVE ARTIFICIAL INTELLIGENCE DISCLOSURE AND CITATION CERTIFICATION

Plaintiff prepared this filing in part using generative AI-assisted agentic motion drafting through a proprietary methodology under development by Plaintiff. Plaintiff certifies that he has reviewed all citations to legal authorities and the record for accuracy.

Date: November 1, 2026

Marvelle J. Ballentine
Plaintiff, *pro se*