**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*
_______________________________________/

**Case No.** 1:26-cv-02331

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. ___) (the "Motion"). The Court has considered the Motion, the Memorandum in Support, the Declaration of Marvelle J. Ballentine, the proposed Second Amended Complaint attached to the Motion as Exhibit A, the comparisons attached as Exhibits B and C, and any response and reply. The Court finds that leave should be freely given under Rule 15(a)(2), that supplementation is appropriate under Rule 15(d), and that joinder of Panayiota Souras as a defendant is proper under Rules 20(a)(2) and 21. It is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Second Amended Complaint attached to the Motion as Exhibit A is DEEMED FILED as of the date of this Order and is the operative complaint in this action; and it is further

ORDERED that the Clerk may, to the extent administratively necessary, docket the Second Amended Complaint separately as the operative pleading; and it is further

ORDERED that Panayiota Souras, also known as Yiota G. Souras, is added as a Defendant in this action, and the Clerk shall issue a summons for Defendant Souras under Federal Rule of Civil Procedure 4(b) upon Plaintiff's presentation of a completed summons form; and it is further

ORDERED that Defendants Katie Hall, National Center for Missing & Exploited Children, and Meta Platforms, Inc. shall respond to the Second Amended Complaint within the time prescribed by Federal Rule of Civil Procedure 15(a)(3) or such other time as the Court directs, and that Defendant Souras shall respond within the time prescribed by Federal Rule of Civil Procedure 12(a) following service.

This Order resolves the present application for leave to amend and supplement the complaint. It does not adjudicate the pending objections or applications concerning ECF Nos. 64 and 84.

It is SO ORDERED.

Alexandria, Virginia
___________, 2026

_________________________________
William E. Fitzpatrick
United States Magistrate Judge