FILED
11/2/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE, **Case No.** 1:26-cv-02331

*Plaintiff,*

v.

KATIE HALL, individually;
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

*Defendants.*
_______________________________________/

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR REFERRAL TO AN EARLY SETTLEMENT CONFERENCE**

## I. AUTHORITY

Fed. R. Civ. P. 16(a)(5) identifies facilitating settlement as a purpose of a pretrial conference. Rule 16(c)(2)(I) authorizes consideration of settlement and authorized procedures for resolving the dispute. Local Civil Rule 83.6(A) permits litigants to request mediation and authorizes settlement conferences; subsection (C) authorizes judicial officers to serve as mediators; and subsection (G) authorizes court-directed attendance by counsel and/or representatives with full settlement authority at an appropriate time.

## II. REFERRAL IS APPROPRIATE NOW

Given the number and scope of the pending proceedings, an early settlement conference may permit the parties to explore resolution before further judicial resources are committed.

Plaintiff requests an opportunity for court-assisted discussions and is willing to participate. The designated magistrate judge can determine the arrangements necessary to conduct the conference.

The requested referral would leave the pending proceedings and existing deadlines unchanged. Local Civil Rule 83.6(D) provides that appointment of a mediator does not itself postpone or stay the case or extend existing deadlines. Plaintiff requests referral on that basis.

Plaintiff respectfully requests that the Court refer this action to an early settlement conference before a United States magistrate judge designated by the Court.

Date: November 3, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)**

Pursuant to Local Civil Rule 83.1(N), I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the Memorandum in Support of Plaintiff's Motion for Referral to an Early Settlement Conference, including this Certification and the Generative Artificial Intelligence Disclosure and Citation Certification accompanying it.

Name of Pro Se Litigant: Marvelle J. Ballentine

Signature of Pro Se Litigant
Executed on: November 3, 2026

## **<u>GENERATIVE ARTIFICIAL INTELLIGENCE DISCLOSURE AND CITATION CERTIFICATION</u>**

Plaintiff prepared this filing in part using generative AI-assisted agentic motion drafting through a proprietary methodology under development by Plaintiff. Plaintiff certifies that he has reviewed all citations to legal authorities and the record for accuracy.

Date: November 3, 2026

Marvelle J. Ballentine
Plaintiff, *pro se*