**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-02331-RDA-IDD |
| v. | ) | |
| | ) | |
| KATIE HALL, NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN; META PLATFORMS, INC. and JOHN/JANE DOES 1-6, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT META PLATFORMS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR REFERRAL TO AN EARLY SETTLEMENT CONFERENCE**

Defendant Meta Platforms, Inc., ("Meta") by and through its undersigned counsel, hereby respectfully opposes Plaintiff Marvelle J. Ballentine's Motion for Referral to an Early Settlement Conference. (Dkt. No. 133). In support, Meta fully adopts the arguments in NCMEC's response in opposition to Plaintiff's motion ("NCMEC's Opposition"), which explains why "a settlement conference is highly unlikely to be productive" or "a justifiable expenditure of the resources of this Court or the Parties." Dkt. No. 136 at 1. As explained in NCMEC's Opposition, Plaintiff's only supported justification for an early settlement conference—"the number and scope of the pending proceedings" (Dkt. No. 133 at 2)—was caused exclusively by Plaintiff, who has filed nearly 25 motions in this matter, including 11 motions over a two-day period.

For the foregoing reasons, Meta respectfully requests that the Court deny Plaintiff's Motion for Referral to an Early Settlement.

Dated: November 16, 2026

Respectfully submitted,

By: */s/ Hillary Dang*

Hillary Dang
Virginia State Bar No. 92188
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
T: +1 202 339 8400
F: +1 202 339 8500
hdang@orrick.com

Jesse Beringer
Virginia State Bar No. 88418
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
T: +1 202 339 8400
F: +1 202 339 8500
jberinger@orrick.com

*Counsel for Defendant Meta Platforms, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, I caused DEFENDANT META PLATFORMS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR REFERRAL TO AN EARLY SETTLEMENT CONFERENCE to be electronically filed using the Court's CM/ECF system, and also caused a copy of the foregoing to be mailed via First Class U.S. Postal Mail, postage prepaid to *pro se* plaintiff at the following address.

Marvelle J. Ballentine
1520 Belle View Bld., Ste. 5847
Alexandria, VA 22307

This 16th day of November, 2026.

By: *<u>/s/ Hillary Dang</u>*

Hillary Dang
Virginia State Bar No. 92188
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
T: +1 202 339 8400
F: +1 202 339 8500
hdang@orrick.com